B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Delaware

In re  ULTURA (LA) INC.  
      Debtor

Case No. 14-_____ (___)

Chapter 11

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dr. Hans J. Rohrer<br>c/o Dr. Irene C. Eggman<br>Eggman Rohrer & Partner<br>Bellerivestasse 5, 8008<br>Zurich, Switzerland | Dr. Hans J. Rohrer<br>c/o Dr. Irene C. Eggman<br>Eggman Rohrer & Partner<br>Bellerivestasse 5, 8008 Zurich Switzerland<br>Tel:  +41 44 421 40 50<br>Fax: +41 44 421 40 55<br>irene.eggmann@esrp.ch | Note | | $4,268,933.00 |
| VORTEX ENGINEERING<br>1801 W Olympic Bl<br>Pasadena, CA  91199 | VORTEX ENGINEERING<br>1801 W Olympic Bl<br>Pasadena, CA  91199<br>Attn: Debbie Schaub<br>Tel: 619-258-9660<br>debbie@vortexengineering.com | Trade | | $108,155.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Delstar Industrial Research<br>1306 Fayette Street<br>El Cajon, CA  92020 | Delstar Industrial Research<br>1306 Fayette Street<br>El Cajon, CA  92020<br>Tel: 407-875-9595<br>Fax: 407-875-5700<br>DVanLigten@Delstarinc.com<br>kblunk@Delstarinc.com | Trade | | $67,668.92 |
| Phoenix Vessel Technology Ltd.<br>Unit 2, The Old Bakery, Lower Tuffley Lane<br>Gloucester GL2,  5DP | Phoenix Vessel Technology Ltd.<br>Unit 2, The Old Bakery, Lower Tuffley Lane<br>Gloucester GL2,  5DP<br>Attn:  Adam Stait<br>Tel: 01-452-311673<br>Fax: 01-452-310295<br>a.stait@phoenixvessel.co.uk | Trade | | $38,831.00 |
| S D G & E<br>PO Box 25111<br>Santa Ana, CA  92799-5111 | S D G & E<br>PO Box 25111<br>Santa Ana, CA  92799-5111<br>Tel: 800-336-7343 | Utilities | | $36,812.76 |
| Dukane/Ultrasonics Div<br>2900 Dukane Dr.<br>St Charles, IL  60174 | Dukane/Ultrasonics Div<br>2900 Dukane Dr.<br>St Charles, IL  60174<br>Attn:  Henry Segura<br>Tel: 630-797-4900<br>Fax: 630-797-4949 | Trade | | $33,455.12 |
| Romaco<br>Edisonsraat 11<br>3261 LD Oud Beijerland<br>The Netherlands<br>Netherlands | Romaco<br>Edisonsraat 11<br>3261 LD Oud Beijerland<br>The Netherlands<br>Netherlands<br>Marianne Achterverg-von Dop<br>Tel: +31 (0) 186 615 244<br>Fax: +31 (0) 186 619385 | Trade | | $26,687.60 |
| Snyder Manufacturing Corp<br>1541 West Cowles St<br>Long Beach, CA  90813 | Snyder Manufacturing Corp<br>1541 West Cowles St<br>Long Beach, CA  90813<br>Tel: 562-432-2038 | Trade | | $22,220.50 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Stone Hill Contracting Co., Inc. 252 W Swamp Rd. Ste 19 PO Box 1370 Dovlestown, PA 18901 | Stone Hill Contracting Co., Inc. 252 W Swamp Rd. Ste 19 PO Box 1370 Dovlestown, PA 18901 Tel: 215-340-1840 Fax: 215-340-1991 | Trade | Contingent | $22,056.00 |
| Ernest Packaging 1345 Sycamore Ave. Vista, CA 92081-7810 | Ernest Packaging 1345 Sycamore Ave. Vista, CA 92081-7810 Tel: 760-533-9980 Fax: 760-477-8020 | Trade | | $21,071.63 |
| McMaster-Carr 9630 Norwalk Blvd. Santa Fe Springs, CA 90670 | McMaster-Carr 9630 Norwalk Blvd. Santa Fe Springs, CA 90670 Tel: 562-6925-911 Fax: 562-695-2323 la.sales@mcmaster.com | Trade | Contingent | $20,086.90 |
| Porous Materials, Inc. 20 Dutch Mill Road Ithaca, NY 14850 | Porous Materials, Inc. 20 Dutch Mill Road Ithaca, NY 14850 Attn: Meredith Mayo Tel: 607-257-5544 accounting@pmiapp.com | Trade | | $19,662.80 |
| Persons Service Co., LLC 4474 Halls Mill Road Mobile, AL 36693 | Persons Service Co., LLC 4474 Halls Mill Road Mobile, AL 36693 Tel: 251-660-0132 Fax: 251-660-2084 | Trade | | $19,100.00 |
| First Bankcard PO Box2818 Omaha, NE 68103-2818 | First Bankcard PO Box2818 Omaha, NE 68103-2818 Tel: 888-200-8067 | Credit Cards | | $16,430.65 |
| Expeditors Int'l 1470 Exposition Way Ste. 110 San Diego, CA 92154 | Expeditors Int'l 1470 Exposition Way Ste. 110 San Diego, CA 92154 Attn: Derek Smith Tel: 619-710-1900 derek.smith@expeditors.com | Freight | | $13,079.43 |

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Express Services, Inc. PO Box 844277 Los Angeles, CA 90084-4277 | Express Services, Inc. PO Box 844277 Los Angeles, CA 90084-4277 Attn: Justin Olps Justin.olps@expresspros.com | Temp Employment Services | | $12,429.77 |
| Dichtomatik Americas 1087 Park Place Shakopee, MN 55379 | Dichtomatik Americas 1087 Park Place Shakopee, MN 55379 Attn: Alisa Garcia Tel: 800-328-2840 Fax: 877-777-6869 agarcia@dichtomatik.us | Trade | | $10,624.82 |
| Pruyn Bearings Company 1324-28 Frankford Ave Philadelphia, PA 19125 | Pruyn Bearings Company 1324-28 Frankford Ave Philadelphia, PA 19125 Tel: 215-426-7200 bducorp-hazleton@bduinc.com | Trade | Contingent | $7,999.31 |
| Robert J Fitzmyer Co., Inc 315 E 7th Avenue PO Box 272 Conshohocken, PA 19428 | Robert J Fitzmyer Co., Inc 315 E 7th Avenue PO Box 272 Conshohocken, PA 19428 Tel: 610-832-2121 Fax: 610-832-2130 | Trade | Contingent | $7,976.15 |
| Harrington Industrial Plastics Inc. 7557 Convoy Court San Diego, CA 92111 | Harrington Industrial Plastics Inc. 7557 Convoy Court San Diego, CA 92111 Attn: Mike Briseno Tel: 909-597-8641 Fax: 909-597-0741 mbriseno@HIPCO.com | Trade | | $7,817.15 |
| Guilford Mills 1 Penn Dye Street Pine Grove, PA 17963 | Guilford Mills 1 Penn Dye Street Pine Grove, PA 17963 Attn: Jilian Delbo Tel: 910-794-5800 Fax: 910-794-5903 jdelbo@gfd.com | Trade | | $7,528.96 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pilot Freight Services<br>PO BOX 122540 - Dept. 2540<br>Dallas, TX  75312-2540 | Pilot Freight Services<br>PO BOX 122540 - Dept. 2540<br>Dallas, TX  75312-2540<br>Attn:  John Petree<br>Tel: 610-891-8100<br>jpetree@pilotdelivers.com | Freight | | $7,397.27 |
| Tangibl, LLC<br>301 Oxford Valley Road<br>Suite 1604<br>Yardley, PA  19067-7706 | Tangibl, LLC<br>301 Oxford Valley Road<br>Suite 1604<br>Yardley, PA  19067-7706<br>Tel: 215-369-9345<br>Fax: 215-369-9344<br>info@tangibl.com | Trade | Contingent | $7,352.87 |
| Con-Way, Inc.<br>P.O. Box 5160<br>Portland, OR  97208-5160 | Con-Way, Inc.<br>P.O. Box 5160<br>Portland, OR  97208-5160<br>Attn:  Andy Seretan<br>Tel: 949-581-9030<br>Tel: 510-785-6920<br>Fax: 510-782-5732 | Freight | | $6,711.31 |
| Goodman Jones & Morris<br>York House, 203 Beechwood Ave, Earlsdon<br>Coventry,   CV5 6FR | Goodman Jones & Morris<br>York House, 203 Beechwood Ave, Earlsdon<br>Coventry,   CV5 6FR | Trade | | $6,684.48 |
| Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY  11788 | Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY  11788<br>Attn:  Salvatore Buccellato<br>Tel: 800-993-3786<br>Fax: 800-963-3786<br>customer.service@us.festo.com<br>salvatore.buccellato@us.festo.com | Trade | | $6,454.26 |
| Filter Specialist, Inc<br>1243 Reliable Parkway<br>Chicago, IL  60686-0012 | Filter Specialist, Inc<br>1243 Reliable Parkway<br>Chicago, IL  60686-0012 | Trade | Contingent | $6,125.27 |
| UPS<br>PO Box 894820<br>Los Angeles, CA  90189-4820 | UPS<br>PO Box 894820<br>Los Angeles, CA  90189-4820<br>Attn:  Brian Pfeiffer<br>bpfeiffer@ups.com | Freight | | $5,634.77 |

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| R. Scheinert & Son, Inc<br>10092 Sandmeyer Lane<br>Philadelphia, PA  19116 | R. Scheinert & Son, Inc<br>10092 Sandmeyer Lane<br>Philadelphia, PA  19116<br>Tel: 215-673-9800<br>Fax: 2156739360 | Trade | Contingent | $5,088.00 |
| Univar USA Inc<br>PO BOX 34325<br>Seattle, WA  98124-1325 | Univar USA Inc<br>PO BOX 34325<br>Seattle, WA  98124-1325<br>Tel: 800-438-1119 | Trade | | $4,859.27 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL  60197-5025 | AT&T<br>PO Box 5019<br>Carol Stream, IL  60197-5025 | Utilities | | $4,794.71 |
| Ford Motor Credit<br>PO Box 650575<br>Dallas, TX 75265-0575 | Ford Motor Credit<br>PO Box 650575<br>Dallas, TX 75265-0575<br>Mary<br>Tel: 888-278-9236 | Vehicle Lease | | $4,498.03 |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ULTURA (LA) INC.,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 14-_____ (___) |

**CERTIFICATION CONCERNING CONSOLIDATED LIST
OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October, 2014, at Long Beach, California.

_____
Grant Lyon
President and Chief Executive Officer