IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>SCHEDULES OF ASSETS AND LIABILITIES</u>

FOR

**ULTURA (LA) INC.**

**Case No. 14-12382**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429).  The mailing address for each of the Debtors is:  3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Statement and Schedules**

Ulutra (LA) Inc. and Ultura (Oceanside) Inc. (each individually a "Debtor," and collectively, the "Debtors") submit their respective Statement of Financial Affairs (the "Statements") and Schedules of Assets and Liabilities (the "Schedules"), pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.  The following global notes regarding the Statements and Schedules are fully incorporated into and made part of the Statements and Schedules of each Debtor.  These notes comprise an integral part of the Statements and Schedules and should be referred to and considered in connection with any review of the Statements and Schedules.  Unless otherwise noted, the financial and other information contained in the Statements and Schedules is derived from the Debtors in accordance with the Debtors' financial reporting and accounting policies and procedures.

The Debtors' voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") were filed on October 20, 2014 (the "Petition Date").

The Debtors reserve all rights to amend their Statements and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statements and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the Statements and Schedules shall constitute a waiver of rights by the Debtors involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

Given the differences between the information to be submitted in the Statements and Schedules and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Statements and Schedules may not reflect the values and amounts that would be set forth in a balance sheets for the Debtors prepared in accordance with Generally Accepted Accounting Principles.

It would be costly, unduly burdensome and time-consuming to obtain current market valuations of the Debtors' assets.  Accordingly, unless otherwise indicated, net book values rather than current market values are reflected on the Statements and Schedules.  Assets that have been fully depreciated or expensed for accounting purposes have no net book value.  The current book values may not reflect a comprehensive review of accounting adjustments, including asset impairments and write-downs, which may be required and conducted in relation to the Debtors' bankruptcies.  The reader therefore should not place undue reliance upon the book values associated with the assets listed.

In reviewing and signing the Schedules and Statements, the Debtors' President has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the

1

Debtors.  The President has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

**General Notes Regarding the Debtors' Statements and Schedules**

**1.  Financial Information.**
The information provided for herein, except as otherwise noted, represents the assets and liability data of the Debtors as of the Petition Date unless otherwise noted.

**2.  Unaudited Financial Information.**
The Statements and Schedules prepared by the Debtors' management and professionals are unaudited.  While the Debtors have tried to ensure that the Statements and Schedules are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Statements and Schedules.

**3.  Claim Description.**
Any failure to designate a claim on the Statements and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed."  The Debtors reserve the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."  The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on their Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Further, the claims of individual creditors for, among other things, goods, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors.  The Debtors reserve all their rights with respect to any such credits and allowances.  Moreover, the Debtors reserve the right to amend their Schedules and Statements as necessary and appropriate.

**4.  Accuracy.**
While the Debtors have sought to file complete and accurate Statements and Schedules, inadvertent errors and omissions may exist.  The Debtors reserve the right to amend their Statements and Schedules as necessary or appropriate.

**5.  Liabilities.**
The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Statements and Schedules.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

**6.  Market Value of Property Interests.**
Unless otherwise noted, the book value on the Debtors' books as of the Petition Date, rather than current market value of the Debtors' interests in property, is reflected in the Statements and Schedules.

**7.  Specific Notes.**

2

These general notes are in addition to the specific notes set forth in the related Statements and Schedules hereinafter.

## Note to Schedule "B"

As noted on Schedule "B," many of the assets listed are reflected at net book value unless otherwise stated.  The Debtors do not represent that such assets or the other assets listed in Schedule "B" are properly valued at this time.  Accounts receivable in item 16 are listed at gross book value, and the Debtors do not represent that this is the actual value of these assets or represent future collections.  Included in the Accounts Receivable are amounts owed by certain customers for which the Debtors are aware of threatened offsets.  The Debtors reserve their right to dispute any such offset.  The Debtors have not retained an appraiser to obtain market values for such assets.

Despite the Debtors' reasonable efforts to identify all known assets, the Debtors may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and Statements.  The Debtors reserve all rights with respect to any potential claims or causes of action, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such potential claims or causes of actions or in any way prejudice or impair the assertion of such claims.

## Note to Schedule "D"

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule "D" of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule "D" are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these global notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, parties which may hold security deposits have not been listed on Schedule "D."

Holders of secured claims by virtue of holding setoff rights against the Debtors are not included on Schedule "D."  Lessors, utility companies and other parties which may hold security deposits have also not been listed on Schedule D.

## Note to Schedule "E"

The listing of any claim on Schedule "E" does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507.  The Debtors reserve the right to take

DOCS_LA:282977.3 87714/002

the position that any claim listed on Schedule "E" is not entitled to priority.

## Note to Schedule "F"

This value of claims contained in this section are based on a review of pre-petition invoices, and other documentation and financial information that were available up to the time of the filing of these Schedules on account of claims outstanding as of the Petition Date.

Whether or not noted on this attachment, prepetition claims relating to executory contracts and leases may be contingent by their very nature and are subject to change based on the Debtors' decision to assume, accept, reject or reclassify such contract or lease.

## Note to Schedule "G"

While reasonable efforts have been made to ensure the accuracy of the Schedule "G," the Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth herein, or the validity or enforceability of any contracts, agreement, or documents listed herein. The Debtors hereby reserve the right to dispute the validity, status, characterization, recharacterization (whether as a disguised financing or otherwise) or enforceability of any contracts, agreements or leases set forth herein and to amend or supplement Schedule "G."

Certain of the contracts, agreements and leases listed on Schedule "G" may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein.  The leases listed on Schedule "G" may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule "G."  Certain of the Debtors' executory agreements may not have been memorialized and could be subject to dispute.  Schedule "G" does not include all purchase orders.

## General Disclaimers

The Debtors and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.

DOCS_LA:282977.3 87714/002

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Delaware

In re    **Ultura (LA) Inc.** _____,    Case No. ___**14-12382 (KG)**___
                                              Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 1,346,113.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 24,331,905.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 11,868,309.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 1,346,113.32 | | |
| Total Liabilities | | | | 36,200,214.35 | |

B6A (Official Form 6A) (12/07)

In re **Ultura (LA) Inc.**
,    Case No. **14-12382 (KG)**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Ultura (LA) Inc.**                                                                 ,    Case No.   **14-12382 (KG)**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | City National Bank 3424 Carson Street, Torrance, CA 90503 - Checking account no. xxxxxx8530 | - | 30,429.95 |
| | | Wells Fargo Bank 111 W. Ocean Ave., Long Beach, CA 90802 - Collateral Certificate of Deposit account no. xxxxxx0947 for letter of credit issued to Ironshore Indemnity for Hall County Performance Bond | - | 250,000.00 |
| | | City National Bank 3424 Carson Street, Torrance, CA 90503 - Euro Demand Depository account no. xxxxxx1423 | - | 766.12 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | The Company is named as an insured on several insurance policies, which policies are in the name of Ultura, Inc. | - | Unknown |

|  | Sub-Total > | 281,196.07 |
|---|---|---|
|  | (Total of this page) | |

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ultura (LA) Inc.**                                                                    ,        Case No.    **14-12382 (KG)**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 1,064,917.25 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **1,064,917.25**
(Total of this page)

Sheet __1__ of __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ultura (LA) Inc.**                                                                        ,        Case No.    **14-12382 (KG)**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claims against David LaMonica and Rochem Americas, Inc. for tortious interference with customer relationship and misuse of trade name.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attachment B.29** | - | **Unknown** |
| 30. Inventory. | | **See Attachment B.30** | - | **Unknown** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,346,113.32** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Ultura LA Inc.
Attachment B.29

| Asset Description | Manufacturer | Group | Location | Number | Purchase Date | Notes | Owned By | Held By |
|---|---|---|---|---|---|---|---|---|
| ROLW 9134 | ROCHEM | Test Unit | General - OC | | 2009 | | LA | Oceanside |
| RO 1539 | ROCHEM | Test Unit | General - OC | | 2009 | | LA | Oceanside |
| RO DT01-H-SS | ROCHEM | Test Unit | General - OC | | 2011 | | LA | Oceanside |
| RO DT01-H | ROCHEM | Test Unit | General - OC | | 2011 | | LA | Oceanside |

Ultura (LA) Inc.
Attachment B.30

| Rochem Part Number | Vendor Part Number | Description | Quantity |
|---|---|---|---|
| 83910, 85930 | | Cleaner B 4 x 5 liter cases | 57 |
| | | Rozyme 200 12 x 16 oz cases | 22 |
| 13430 | | Cleaner B 25 liter pails | 68 |
| 18410 | | Cleaner AA 25 liter pails | 44 |
| 95670 | | Cleaner C 25 liter pails | 40 |
| 13370 | | RoPrep 25 liter pails | 17 |
| 86690 | | Rocide 25 liter pails | 2 |
| 13440 | | DeFoamer 25 liter pails | 32 |
| | | Rozyme 200 20# bucket | 60 |
| | | Limestone | 81 |
| 27726 | 96498746 | Motor for BM17-6" | 1 |
| 10340 | | Cleaner C 4 x 5 liter | 63 |
| 98940 | | Rocide 4 x 5 liter | 34 |
| 10400 | | Cleaner AA 4 x 5 liter | 42 |
| 19244 | LFL2-BK-U-PUR10 | Level Float Switch | 1 |
| 16052 | | O-Ring 11.0 x 2.0 PB70 | 48 |
| 11889 | | Quick Manchons QSL 3/8-12 | 24 |
| 16054 | | O-Ring 80 x 4 PB70 | 12 |
| 16053 | | O-Ring 140 x 4 PB70 | 12 |
| 15363 | | O-Ring 148 x 5 | 12 |
| 16018 | | DTF-ND Connector | 4 |
| | | V-BeltXPB Optibelt DN 1800mm | 5 |
| | PSW-121 | Pressure Switch | 1 |
| | GF 159.000.794 | 3-2842-1 | 1 |
| | GF 159.001.105 | 3-2551-P0-11 | 1 |
| | GF 159.001.545 | 3-2724-00 | 4 |
| | GF 159.001.699 | 3-9900.394 | 1 |
| | GF 159.001.696 | 3-9900-1 | 1 |
| | GF 159.000.744 | 3-2750-1 | 1 |
| | GF 159.000.786 | 3-2840-1 | 1 |
| | GF 198.840.143 | 3-2536-P0 | 1 |
| | Sika W063P310500975 | | 1 |
| 12218 | FF4-8 DAY | Pressure Switch | 2 |
| 12283 | | Pressure Gauge | 2 |
| 12205 | | Pressure Transmitter | 2 |
| 12206 | | Pressure Transmitter | 1 |
| | Grundfos 96455086 | Kit Shaft Seal | 1 |
| | Grundfos 96455090 | Kit Gasket CRN 1/3/5 | 1 |
| | Grundfos 96509609 | Kit | 1 |
| | Grundfos 96511844 | Shaft Seal Kit CRN 10/15/20 | 1 |
| 25682 | | Solenoid Valve | 2 |

| Rochem Part Number | Vendor Part Number | Description | Quantity |
|---|---|---|---|
| 26246 | | Conductivity Meter | 1 |
| | Festo MEH 5/2-1/8-P-B | | 2 |
| 26192 | | Conductivity Panel Meter | 1 |
| 23657 | | Conductivity Electrode | 2 |
| 20754 | | Cable | 1 |
| 21634 | | Cable | 2 |
| | S1cBH2035PVTS070UD010SOEN | Prominent Pump | 1 |
| | BPEM100P2P | Filters | 20 |
| | PNMO100P2P | Filters | 100 |
| | BNMO200P2P | Filters | 50 |
| | BNMO75P2PA | Filters | 100 |
| | CMMF01020 | Filters boxes of 15 | 7 |
| | CMMF01030 | Filters boxes of 15 | 7 |
| | HF2010CF | Filters box of 25 | 1 |
| 02102 | | ST Modules 02102 | 20 |
| | | Plastic Bins | 50 |
| | | Bermuda Green | 43 |
| 00384 | | Filter Gravel | 35 |
| | | Industrial Quartz | 7 |
| | | Calcium Carbonate 25kg bags | 71 |
| | | Gray Plastic Rings | 30 |
| | 9767274 | Wika 213.53 2.5" | 1 |
| | /99801951040 | Victaulic Gaskets | 12 |
| | 442-54531 | Loctite Sealant | 1 |
| | | Rollf of Mesh | 1 |
| | 30982 | CAT Valve Kit | 1 |
| | | GF Typ 514 d20DN15 PVC-U Diaphragm Valve | 1 |
| 02001 | | O-Rings for blue discs | 1600 |
| | | Blue discs | 150 |
| | | Big wrenches | 3 |
| | | Big Drill Bits | 4 |
| | CPC22 | | 1 |
| | | RO-4 Membrane Cushions | 425 |
| | | MF-6 Membrane Cushions | 300 |
| | | NF3A Membrane Cushions | 90 |
| | | RO-6 Membrane Cushions | 100 |
| | | RO-3 Membrane Cushions | 400 |
| | | NF1 Membrane Cushions | 150 |
| | GF 159.000.186 | 3-8050.395 | 1 |
| | R37121-600 | ARO Flo Series 6CRL8 | 1 |
| | GF 159.001.367 | 3-2760-11 | 1 |
| | GF 159.000.868 | 3-8900 | 1 |
| | GF 159.000.745 | 3-2750-2 | 1 |
| | | 600 Micron Poly Propelene Filters | 20 |

B6D (Official Form 6D) (12/07)

In re __**Ultura (LA) Inc.**_____,          Case No. __**14-12382 (KG)**_____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Board of Commissioners of Hall County**<br>**2875 Browns Bridge Road**<br>**Gainesville, GA 30354** | | - | **Performance Bond issued by Ironside Indemnity Inc. on 12/13/13.** | | | X | | |
| | | | Value $ | | | | **Unknown** | **0.00** |
| Account No.<br><br>**Ironshore Indemnity Inc.**<br>**One State Street, 7th Flr.**<br>**New York, NY 10004** | | - | **Debtor posted cash to support Performance Bond** | X | | | | |
| | | | Value $                **250,000.00** | | | | **Unknown** | **0.00** |
| Account No.<br><br>**UAC Finance, Inc.**<br>**c/o True North Venture Partners L P**<br>**Attn Michael J Ahearn/Matthew S Ahearn**<br>**205 N Michigan Ave.**<br>**Chicago, IL 60601** | X | - | **Loan** | | | | | |
| | | | Value $           **Unknown** | | | | **24,331,905.00** | **Unknown** |
| Account No.<br><br> | | | | | | | | |
| | | | Value $ | | | | | |

__**0**__ continuation sheets attached

|  | Subtotal<br>(Total of this page) | **24,331,905.00** | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **24,331,905.00** | **0.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Ultura (LA) Inc.**                                                              ,        Case No.   **14-12382 (KG)**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                        __0__   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re __**Ultura (LA) Inc.**_____ ,   Case No. ___**14-12382 (KG)**_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W | J | | | | | |
| | | | | C | | | | | |
| **Account No.** | | | | | Trade Debt | | | | |
| **Accurate Mold** **900 Chestnut St** **Somerdale, NJ 08083** | - | | | | | | | | 975.00 |
| **Account No.** | | | | | Breach of Contract | | | | |
| **Advanced Disposal Services, Inc.** **Gerald Allen, VP of Landfills** **90 Fort Wade Road** **Suite 200** **Ponte Vedra, FL 32081** | - | | | | | X | X | X | 4,678,197.00 |
| **Account No.** | | | | | Trade Debt | | | | |
| **Applied Industrial** **22510 Network Place** **Chicago, IL 60673-1225** | - | | | | | | | | 939.70 |
| **Account No.** | | | | | Trade Debt | | | | |
| **Applied Maintenance** **12420 Plaza Drive** **Parma, OH 44130** | - | | | | | | | | 815.34 |
| __9__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 4,680,927.04 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      S/N:40561-141010   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ultura (LA) Inc.**_____,    Case No. __**14-12382 (KG)**_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract | | | | |
| **Atomic Energy of Canada, Ltd. Stn Keys Chalk River, ON K0J 1J0 Canada** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Brett M. Thompson Address Redacted** | - | | | | | | | **626.92** |
| Account No. | | | | Trade Debt | | | | |
| **Carbonair Environmental Systems, Inc. 1480 County Road C West Roseville, MN 55113** | - | | | | | | | **600.00** |
| Account No. | | | | Trade Debt | | | | |
| **Christopher S. Rieder Address Redacted** | - | | | | | | | **758.40** |
| Account No. | | | | Promissory Note dated 11/08/11 | | | | |
| **Dr. Hans J. Rohrer c/o Dr. Irene C. Eggman Eggmann Rohrer & Partner Bellerivestasse 5 8008 Zurich, Switzerland** | - | | | | | | | **4,268,933.00** |

Sheet no. __**1**___ of __**9**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,270,918.32**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ultura (LA) Inc.** _____,    Case No. __14-12382 (KG)__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Trade Debt | | | | |
| Endress + Hauser 2350 Endress Place Greenwood, IN 46143 | | | | | | | | 2,247.51 |
| Account No. | | | - | Trade Debt | | | | |
| England Logistics PO Box 957695 Saint Louis, MO 63195-7695 | | | | | | | | 7,909.75 |
| Account No. | | | - | Trade Debt | | | | |
| Evoqua 4800 N. Point Pkwy Suite 250 Alpharetta, GA 30005 | | | | | | | | 916.90 |
| Account No. | | | - | Trade Debt | | | | |
| Ferguson Enterprises Inc. 2112 Loveridge Road Pittsburg, CA 94565 | | | | | | | | 213.81 |
| Account No. | | | - | Vehicle Lease | | | | |
| Ford Credit PO Box 650575 Dallas, TX 75265-0575 | | | | | | | | 4,498.03 |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    15,786.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ultura (LA) Inc.**_____,       Case No. ___**14-12382 (KG)**_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| **FSI Filter Specialists** **1243 Reliable Parkway** **Chicago, IL 60686-0012** | | - | | | | | | | 6,125.27 |
| Account No. | | | | | Trade Debt | | | | |
| **Geiger Pump** **8924 Yellow Brick Road** **Baltimore, MD 21237** | | - | | | | | | | 4,298.18 |
| Account No. | | | | | Trade Debt | | | | |
| **Goodman Jones & Morris** **York House, 203 Beechwood Ave** **Earlsdon** **Coventry, CV5 6FR** | | - | | | | | | | 6,684.48 |
| Account No. | | | | | Trade Debt | | | | |
| **Huntington National Bank** **P.O. Box 182519** **Columbus, OH 43218-2519** | | - | | | | | | | 1,219.77 |
| Account No. | | | | | Trade Debt | | | | |
| **Jeffery C. Williams** **Address Redacted** | | - | | | | | | | 591.66 |

Sheet no. __**3**___ of __**9**___ sheets attached to Schedule of              Subtotal                18,919.36
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ultura (LA) Inc.**_____,    Case No. ___**14-12382 (KG)**_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Lanier Contracting Company** **3690 Lawrenceville-Suwanee Road** **Suwanee, GA 30024** | - | | | | | | 405.00 |
| Account No. | | | Trade Debt | | | | |
| **Lincoln Supply** **92-100 Lincoln Ave** **Trenton, NJ 08607** | - | | | | | | 199.69 |
| Account No. | | | Trade Debt | | | | |
| **McMaster-Carr** **9630 Norwalk Blvd.** **Santa Fe Springs, CA 90670** | - | | | | | | 20,086.90 |
| Account No. | | | Trade Debt | | | | |
| **Motion Industries** **2441 Sprig Court Suite B** **Concord, CA 94520** | - | | | | | | 1,326.68 |
| Account No. | | | Trade Debt | | | | |
| **Neil H. Katz** **Address Redacted** | - | | | | | | 276.78 |

Sheet no. __**4**___ of __**9**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **22,295.05**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ultura (LA) Inc.**                                        ,        Case No.   **14-12382 (KG)**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Persons Service Co., LLC** **4474 Halls Mill Road** **Mobile, AL 36693** | | - | | | | | | 19,100.00 |
| Account No. | | | | Trade Debt | | | | |
| **Pruyn Bearings** **1324-28 Frankford Ave** **Philadelphia, PA 19125** | | - | | | | | | 7,999.31 |
| Account No. | | | | Trade Debt | | | | |
| **PSI Water Systems** **1368 Hooksett Road** **Unit 9** **Hooksett, NH 03106** | | - | | | | | | 1,531.85 |
| Account No. | | | | Trade Debt | | | | |
| **Pyrz Water Supply** **PO Box 107** **Harleysville, PA 19438** | | - | | | | | | 3,869.00 |
| Account No. | | | | Trade Debt | | | | |
| **R&M Equipment** **PO Box 937** **Royersford, PA 19438** | | - | | | | | | 3,198.45 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,698.61

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ultura (LA) Inc.**_____,     Case No. ___**14-12382 (KG)**_____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| R. F. MacDonald Company 25920 Eden Landing Road Hayward, CA 94545 | | - | | | | | 4,258.95 |
| Account No. | | | Trade Debt | | | | |
| R. Scheinert & Sons 10092 Sandmeyer Lane Philadelphia, PA 19116 | | - | | | | | 5,088.00 |
| Account No. | | | Trade Debt | | | | |
| Romaco Edisonsraat 11 3261 LD Oud Beijerland The Netherlands | | - | | | | | 26,687.60 |
| Account No. | | | Trade Debt | | | | |
| Rubber Supply 616 Nolan Ave Morrisville, PA 19067 | | - | | | | | 1,481.64 |
| Account No. | | | Trade Debt | | | | |
| Scales Industrial 185 Lackawanna Ave Woodland Park, NJ 07424 | | - | | | | | 1,596.55 |

Sheet no. __**6**___ of __**9**___ sheets attached to Schedule of          Subtotal          | 39,112.74 |
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ultura (LA) Inc.**_____,   Case No. __**14-12382 (KG)**__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| **Snyder Manufacturing Corp**<br>**1541 West Cowles St**<br>**Long Beach, CA 90813** | - | | | | | | | | 22,220.50 |
| Account No. | | | | | Trade Debt | | | | |
| **Stone Hill Contracting**<br>**252 W Swamp Rd. Ste 19**<br>**PO Box 1370**<br>**Doylestown, PA 18901** | - | | | | | | | | 22,056.00 |
| Account No. | | | | | Trade Debt | | | | |
| **Sunbelt Rentals**<br>**7626 NE Killingsworth**<br>**Portland, OR 97218** | - | | | | | | | | 623.74 |
| Account No. | | | | | Trade Debt | | | | |
| **Tangibl**<br>**Address Redacted** | - | | | | | | | | 542.45 |
| Account No. | | | | | Trade Debt | | | | |
| **Tangibl, LLC**<br>**301 Oxford Valley Road**<br>**Suite 1604**<br>**Yardley, PA 19067-7706** | - | | | | | | | | 7,352.87 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 52,795.56 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ultura (LA) Inc.**                                    ,        Case No.  **14-12382 (KG)**
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| TNT USA 68 South Service Road Suite 340 Melville, NY 11747 | | - | | | | | | 40.00 |
| Account No. | | | | Intercompany | | | | |
| Ultura (Oceanside) Inc. 3605 Long Beach Blvd. Suite 201 Long Beach, CA 90807 | | - | | | | | | 71,815.52 |
| Account No. | | | | Intercompany | | | | |
| ULTURA GmbH Seegelkenkehre 4 21107 Hamburg Germany | | - | | | | | | 2,646,413.13 |
| Account No. | | | | Trade Debt | | | | |
| United Rentals 16190 Valley Blvd.. Fontana, CA 92335 | | - | | | | | | 533.22 |
| Account No. | | | | Trade Debt | | | | |
| Univar USA Inc PO BOX 34325 Seattle, WA 98124-1325 | | - | | | | | | 4,859.27 |

Sheet no. __8__ of __9__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)     | 2,723,661.14 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ultura (LA) Inc.**                                          ,    Case No.    **14-12382 (KG)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Universal Logistics Services 4250 NW 35th Court Miami, FL 33142 | | - | | | | | | 3,703.53 |
| Account No. | | | | Trade Debt | | | | |
| Visicomm Industries, LLC 911 A Milwaukee Ave. Burlington, WI 53105 | | - | | | | | | 4,492.00 |
| Account No. | | | | Contract | | | | |
| Waste Management Disposal Services of Pennsylvania, Inc. Attn: Robert Iuliucci, Sr. Dist. Mgr. 1000 New Ford Mill Road Morrisville, PA 19067 | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **8,195.53**

Total (Report on Summary of Schedules)    **11,868,309.35**

B6G (Official Form 6G) (12/07)

.

In re  **Ultura (LA) Inc.**                                                                    ,      Case No.  __14-12382 (KG)__
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **33 Asset Management BV**<br>**Zuid-Hollandlaan 7**<br>**2596 AL, The Hague**<br>**The Netherlands** | **Selling Agent Agreement dated April 19, 2013** |
| **Advanced Disposal Services, Inc.**<br>**Gerald Allen, VP of Landfills**<br>**90 Fort Wade Road**<br>**Suite 200**<br>**Ponte Vedra, FL 32081** | **Contract for Purchase and Supply of Leachate**<br>**Treatment System dated 07/24/13, as amended** |
| **Atomic Energy of Canada, Ltd.**<br>**Stn Keys**<br>**Chalk River, ON K0J 1J0**<br>**Canada** | **Purchase Order No. 394119 re the Port Hope Area**<br>**Initiative dated 08/16/12** |
| **Board of Commissioners of Hall County**<br>**2875 Browns Bridge Road**<br>**Gainesville, GA 30354** | **Payment Bond dated 08/08/13** |
| **Commonwealth Environmental**<br>**Systems, Inc.**<br>**99 Commonwealth Road**<br>**Hegins, PA 17938** | **Contract for Supply of Leachate Treatment**<br>**System dated 09/15/10** |
| **Dr. Hans J. Rohrer**<br>**c/o Dr. Irene C. Eggman**<br>**Eggmann Rohrer & Partner**<br>**Bellerivestasse 5**<br>**8008 Zurich, Switzerland** | **Promissory Note dated November 8, 2011** |
| **Ironshore Indemnity Inc.**<br>**One State Street, 7th Flr.**<br>**New York, NY 10004** | **Payment Bond dated 08/08/13** |
| **Landfill Management Co.**<br>**dba Orchard Hills Sanitary Landfill**<br>**3290 Hennessy Road**<br>**Watervliet, MI 49098** | **Contract for Supply of Leachate Treatment**<br>**System, as amended** |
| **Organic Soil Restoration, LLC**<br>**Attn: John Croom**<br>**4354-A Old Shell Road**<br>**Suite 191**<br>**Mobile, AL 36608** | **Agreement dated 08/14/13** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Ultura (LA) Inc.**                                                  ,   Case No.   **14-12382 (KG)**
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Seneca Meadows, Inc.**<br>**1786 Salcam Road**<br>**Waterloo, NY 13165** | **Contract for Purchase and Supply of Leachate Treatment System dated 12/17/11** |
| **Stone Hill Contracting Co., Inc.**<br>**PO Box 1370**<br>**Doylestown, PA 18901** | **Material Contract No. MC-01 dated 11/07/11** |
| **Waste Management Disposal Services of Pennsylvania, Inc.**<br>**Attn: Robert Iuliucci, Sr. Dist. Mgr.**<br>**1000 New Ford Mill Road**<br>**Morrisville, PA 19067** | **Agreement Covering Environmental and Professional Services Work Performed at Grows Landfill dated 05/17/13** |
| **Waste Management, Inc.**<br>**10001 Fannin Street**<br>**Suite 4000**<br>**Houston, TX 77002** | **Master Agreement for Wastewater Treatment dated 11/01/09** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __Ultura (LA) Inc._____,    Case No. __14-12382 (KG)_____
                                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ultura (Oceanside) Inc.**<br>**3605 Long Beach Blvd.**<br>**Suite 201**<br>**Long Beach, CA 90807** | **UAC Finance, Inc.**<br>**c/o True North Venture Partners L P**<br>**Attn Michael J Ahearn/Matthew S Ahearn**<br>**205 N Michigan Ave.**<br>**Chicago, IL 60601** |
| **Ultura (Rockstock) GmbH**<br>**Am Hechtgraben 4**<br>**Germany**<br>    **Partially liable** | **UAC Finance, Inc.**<br>**c/o True North Venture Partners L P**<br>**Attn Michael J Ahearn/Matthew S Ahearn**<br>**205 N Michigan Ave.**<br>**Chicago, IL 60601** |
| **Ultura Inc.**<br>**3605 Long Beach Blvd.**<br>**Suite 201**<br>**Long Beach, CA 90807** | **UAC Finance, Inc.**<br>**c/o True North Venture Partners L P**<br>**Attn Michael J Ahearn/Matthew S Ahearn**<br>**205 N Michigan Ave.**<br>**Chicago, IL 60601** |
| **Ultura LLC**<br>**3605 Long Beach Blvd.**<br>**Suite 201**<br>**Long Beach, CA 90807** | **UAC Finance, Inc.**<br>**c/o True North Venture Partners L P**<br>**Attn Michael J Ahearn/Matthew S Ahearn**<br>**205 N Michigan Ave.**<br>**Chicago, IL 60601** |
| **Ultura RO Property GmbH**<br>**Seegelkenkehre 3**<br>**21107 Hamburg**<br>**Germany**<br>    **Partially liable** | **UAC Finance, Inc.**<br>**c/o True North Venture Partners L P**<br>**Attn Michael J Ahearn/Matthew S Ahearn**<br>**205 N Michigan Ave.**<br>**Chicago, IL 60601** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re __Ultura (LA) Inc.__           Case No. __14-12382 (KG)__

           Debtor(s)           Chapter    __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __November 3, 2014__        Signature _____

                                            **Grant Lyon**
                                            **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.