**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ULTURA (LA) INC., et al.,[1] | ) Case No. 14-12382-KG |
| *fdba* Rochem Membrane Systems, Inc. | ) Chapter 11 |
| | ) Jointly Administered |
| | ) **Hearing Date:** December 4, 2014 |
| Debtor. | ) **Response Deadline:** November 26, 2014 |

**NOTICE OF MOTION OF THE HUNTINGTON NATIONAL BANK**
**FOR RELIEF FROM STAY UNDER 11 U.S.C. §362(d)(1) AND (2)**

To: The Persons on the Attached Service List:

**Hearing on the Motion is scheduled for December 4, 2014 at 11:00 a.m. in the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware.**
ANY RESPONSE MUST BE FILED WITH THE COURT AND SERVED AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE <u>NOVEMBER 26, 2014 AT 4:00 P.M.</u>  FAILURE TO <u>TIMELY</u> FILE WITH THE COURT AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.

You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date. At the same time, you must also serve a copy of the response upon Movant's attorney:

>Whittington & Aulgur
>651 N. Broad Street, Suite 206
>P.O. Box 1040
>Middletown, DE  19709-1040

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.
The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent of any security instrument.

>WHITTINGTON & AULGUR
>
>By:   /s/ Kristi J. Doughty
>Robert T. Aulgur, Jr. (No. 165)
>Kristi J. Doughty (No. 3826)
> Attorney for The Huntington National Bank

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: (Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429).