Exhibit "A"

**Huntington**  Personal Loan Agreement – Fixed Rate

This is a loan directly from THE HUNTINGTON NATIONAL BANK to you. The terms "we", "us", and "our" mean that bank. The terms "you" or "your" mean each person who signs this agreement. This agreement states the terms of this simple interest rate loan from us. This loan is arranged by GATES CHEVY WORLD INC _____ (the "Dealer", which term includes any of Dealer's employees or agents). Please read this agreement carefully and if you agree to these terms, sign your name below. Each of you is responsible both individually and jointly under this agreement (known as "joint and several" responsibility).

Federal disclosures: The following disclosures are required to be given by federal law:

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 4.28 % | $ 1642.12 | $ 17874.20 | $ 19516.32 |

Your payment schedule will be (final payment amount is estimated):

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 48 | 406.59 | Monthly beginning on 06/11/2012 |
| | N/A | |

Security: You are giving a security interest in a motor vehicle.
☐ You are also giving a security interest in the following personal property (list each item): _____
Property Insurance: You may obtain property insurance and vendor's single interest insurance from anyone you want that is acceptable to us.
Filing fees: $ N/A
Late charge: If a payment is more than 10 days late, you will be charged $35.00.
Prepayment: If you pay off early, you may have to pay a penalty, and will not be entitled to a refund of any prepaid finance charge.
See the other parts of this agreement and any other contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment penalties, and security interests.

Date of this loan
The date of this loan is 04/27/2012
Principal amount of this loan
The principal amount of this loan is $ 17999.20
Interest rate
The interest rate applicable to this loan is 3.94% per year.

Itemization of amount financed
We and/or the Dealer may be retaining a portion of the charges from other products and services sold in connection with this loan. You authorize us to pay the proceeds of this loan in the following manner:
1. To Dealer on your behalf ........................................ $ 17834.20
   (a) Cash price ................................................... $ 39834.20
       (i) Price of property/services purchased ............ $ 39643.50
       (ii) Dealer documentation fee ........................... $ 149.50
       (iii) License, title and registration fees ............... $ 41.20
   (b) Less downpayment ...................................... $ 22000.00
       (i) Cash (including rebates) ............................ $ 22000.00
       (ii) Trade-in allowance (gross) ........................ N/A
           Year ____ Make ____
           Model ____
       (iii) Amount owed on trade-in .......................... $ 0.00
       (iv) Trade-in allowance (net) ........................... N/A
   (c) Unpaid balance of cash price ((a) minus (b)) .... $ 17834.20
   (d) Additional amount to pay off trade-in ............... N/A
   (e) Payoff of prior loan (if a refinance) ................. $ N/A
   (f) Lien filing fee ............................................... $ N/A
   (g) Credit insurance ........................................... $ N/A
   (h) Extended service contract or warranty .............. $ N/A
   (i) N/A ........................................................... $ N/A
   (j) N/A ........................................................... $ N/A
   (k) N/A ........................................................... $ N/A
   (l) N/A ........................................................... $ N/A
2. To Insurance co. for vendor's single interest insurance $ 40.00
3. To us for Huntington GAP ................................... N/A
4. To us for Huntington Credit Guard ........................ N/A
5. To us for loan fee ............................................. $ 125.00
6. Less prepaid finance charge ................................ $ 125.00
7. Amount financed (sum of 1, 2, 3, 4 and 5, minus 6) .. $ 17874.20

Your promise to pay
By signing this agreement, you promise to pay us all of the following:
- The principal amount of this loan as provided in this agreement.
- Daily simple interest on the unpaid balances of the principal amount from time to time outstanding at the interest rate as provided in this agreement.
- Other charges due as provided in this agreement.

You must pay us at the address we tell you or at any of our banking offices. Interest begins to accrue on the date of this agreement. Daily simple interest means that interest is charged each day after applying any payments you have made.

Payment schedule
You agree to pay this loan according to the payment schedule shown in the federal disclosures above. However, the final payment amount shown above is only an estimate. On the final payment due date, you must pay us the outstanding balance of the principal amount and any accrued but unpaid interest and other charges. The payment schedule in the federal disclosures is based on the assumption that we receive each payment on its due date. If you pay late, incur other charges or if other amounts are added to your loan as permitted by this agreement (such as for taxes, insurance or other charges with respect to the collateral), the final payment amount could be significantly more than the estimate shown in the payment schedule above.

All payments are due on the same date of the month as the first payment, or on the last day of any month that does not have a corresponding date. You agree that we may apply all payments first to earned interest, and then to the principal amount and/or other charges and amounts owed as we determine. If we receive any payment after our cut-off time on a given day, that payment will be considered received on the following business day.

Additional products and services
Additional products and services (such as extended service protection, warranty, debt cancellation protection, debt suspension protection or other products and services offered by the Dealer) are not required to obtain this loan. If you want any of these products or services from the Dealer and want the cost to be included in the amount financed, the cost will be shown in the "Itemization of amount financed" section of this agreement. Refer to the policy, certificate, contract or other documentation provided by the Dealer or the company providing the product or service for more information about the product or service. Some or all of the cost for any additional products and services may be retained by the Dealer.

Assignment of this agreement
We have the right to assign this agreement without your consent or approval. Anyone to whom we assign this agreement has all of our rights, unless we retain some of those rights or rights are reassigned to us. If we assign this agreement, we may act as agent or other representative for the assignee of the loan. If we act as agent or other representative, you agree that we may exercise in our own name on behalf of the assignee any rights of the assignee with respect to the loan and the collateral to the extent of the authority granted to us as agent or other representative. You should continue to make all payments due under this agreement to us unless we notify you otherwise.

Set-off
We have the right of set-off. This means that we may apply any money in any deposit account with us on which your name appears as owner or co-owner to the payment of the amount you owe us which is due.

Other terms
If we finance or pay for any credit, property or other insurance, debt cancellation, debt suspension, service contract, warranty, GAP coverage, or other product or service, you agree that we may apply any refund of premiums or charges for such products or services in payment of the amount you owe us, even if none of your payments are past due. We, and/or Dealer, may receive some value from your products and services sold in connection with this loan.

You waive presentment of this agreement. You waive all relief from valuation and appraisement laws, to the extent not prohibited by applicable law.

We may delay enforcing any of our rights against any of you any number of times without losing any rights against you or others then or in the future. We may enforce this agreement against your estate. Except when otherwise required by applicable law, notice to you or any one of you will constitute notice to all of you. In addition to the rights we have under this agreement, we also have any other rights available to us at law or in equity.

Governing law
The interest rate, fees and charges, and other terms of this agreement are governed by federal law. However, to the extent federal law does not apply or refers to or incorporates state law, the law of the state of Ohio shall be applicable.

This agreement is continued on the reverse side. All of the provisions on both sides of this document are part of this agreement.
Acknowledgment: Each person or entity signing below is responsible for paying this loan in full. You acknowledge that you have read this entire agreement on both sides of this page (including the Arbitration Provision on the reverse side) and agree to be bound by its terms. You also acknowledge that Dealer has given you a copy of our Customer Information Privacy Notice.

Credit insurance
Credit life insurance and credit disability insurance are NOT REQUIRED to obtain this loan and will not be provided unless each of you to be insured qualifies and signs below, indicating your agreement to pay the additional cost for the type of coverage selected. Your choice whether or not to buy credit insurance has NO effect on our decision to make your loan, and we do NOT consider your insurance choice in any way when we make our loan decision. Any insurance benefit may not pay this loan in full.

If you want to buy credit insurance, you are buying it from or through the Dealer, and not from or through us. Any questions about this insurance must be directed to the Dealer, and not us. If you want to buy it, you must sign below on the line under the type of insurance elected. Two signatures for a type of insurance will indicate that joint coverage for both persons signing is elected. The policies or certificates issued by the insuring company will more fully describe the coverages, terms and conditions of the credit insurance.

Credit life insurance:   Term: N/ months   Cost: $ _____ N/A
(1) _____   (2) _____
       (Signature)                (Signature)

Credit disability insurance: Term: N/ months   Cost: $ _____ N/A
(1) _____   (2) _____
       (Signature)                (Signature)

Optional Debt Protection Agreements
Debt Protection Agreements are NOT REQUIRED to obtain this loan and will not be provided unless you sign below and agree to pay the cost for such product(s). GAP (Guaranteed Auto Protection) and Huntington Credit Guard are types of debt protection agreements. The Dealer will give you additional documents for any of these products that you purchase. If you buy GAP protection that is not Huntington GAP, we will credit your loan for the amount that your GAP protection indicates is waived or canceled when we receive payment for that amount from the Dealer or provider of the GAP protection.

You want to buy GAP at a cost of $ _____ N/A
GAP Company Name: N/A
(1) _____   (2) _____
       (Signature)                (Signature)

You want to buy Huntington Credit Guard at a cost of $ _____ N/A
(1) _____   (2) _____
       (Signature)                (Signature)

Collateral for this agreement
As collateral for this loan, you give us a security interest in the following property and its accessions, and in any attachments existing as of the date of this loan or which you acquire within 10 days after that date:
YEAR 2012   MAKE CHEVROLET TRUCK
MODEL SILVERADO 15   ODOMETER 12
VIN 1GCRKSE78CZ209764

You represent that you will use the collateral primarily for ☐ consumer (personal, family or household use) ☐ business ☐ farming purposes.
You agree to keep the collateral at:
3655 TORRANCE BLVD                    TORRANCE
No. & Street                              City
                                       CA 90503
County                                  State   Zip

As additional collateral, you also give us a security interest in:
- Any other property described in the "Security" section of the federal disclosures, which you agree to keep at the location disclosed above, unless otherwise stated in this agreement.
- Any proceeds of the vehicle or other property described above and its accessions and attachments.
- Any proceeds of any service contracts, warranties, insurance, GAP coverage, debt cancellation coverage, debt suspension coverage or other products or services required or purchased in connection with this agreement, and any refunds of any charges or premiums for any such products or services.

We agree that any security interest which secures any other present or future loan from us does not secure this loan. Additional provisions about the collateral are found on the other side of this document under "Additional Security Interest Provisions".

Signature to Grant Security Interest Only
The person signing in this box is NOT responsible to repay this loan. This person is an owner of the collateral and is signing solely to give a security interest in the collateral. This person is subject to all of the provisions of this agreement except the obligation to pay (other than from the proceeds of collateral) principal, interest or other charges due.

Signature: _____
Typed Name of Signer: _____

NOTICE ABOUT THIS LOAN
This loan is a direct loan from us (the bank) to you. For your convenience, we have asked Dealer to complete and obtain your signature on this agreement. No employee or representative of Dealer is authorized to (i) agree to any terms that are inconsistent with the terms of this loan, (ii) enter into any side agreement that affects this loan, or (iii) alter or change any of the preprinted provisions of this agreement. No oral promises or agreements between you and Dealer about this loan are enforceable.

We may use part of the interest rate you pay to compensate Dealer for arranging this loan. As a result, your interest rate in excess of the minimum we require may be negotiated with Dealer, but is firm once you sign this agreement.

NOTICE TO COSIGNER
You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount.

The bank can collect this debt from you without first trying to collect from the borrower. The bank can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become part of your credit record.

This notice is not the contract that makes you liable for the debt.

NOTICE OF ARBITRATION PROVISION
THIS AGREEMENT CONTAINS AN ARBITRATION PROVISION WHICH APPEARS ON THE REVERSE SIDE. BEFORE SIGNING THIS AGREEMENT, YOU SHOULD READ THE ARBITRATION PROVISION CAREFULLY. IF YOU DO NOT REJECT THE ARBITRATION PROVISION IN THE MANNER ALLOWED, IT MAY HAVE A SUBSTANTIAL IMPACT ON THE WAY IN WHICH YOU OR WE RESOLVE ANY CLAIM THAT WE HAVE AGAINST EACH OTHER OR CERTAIN OTHER THIRD PARTIES.

| Individual Borrower Signature(s) | Corporation or Other Business Entity Signature |
|---|---|
| Signature: /s/ _____ | Typed Name of Company: ZOCHEM MEMBRANE SYSTEMS |
| Typed Name: | Signature: X /s/ _____ |
| Signature: | Typed Name of Signer: |
| Typed Name: DAVID LAMONICA | Title of Signer: |

PLA-GENERAL-w/HCG (06/2011)
©2011 The Huntington National Bank

White—Bank Original   Canary—Customer Post-signing   Pink—Seller   Goldenrod—Customer Pre-signing