EXHIBIT "B"

INDIANA CERTIFICATE OF TITLE

# STATE OF INDIANA

## CERTIFICATE OF TITLE FOR A VEHICLE

| MAKE | MODEL NAME | YEAR | VIN |
|---|---|---|---|
| CHEVROLET | SILVERADO K1500 LT | 2012 | 1GCRKSE78CZ209764 |
| **TITLE TYPE** | **FORMER TITLE/STATE** | **PURCHASE DATE** | **BODY TYPE** |
| NORMAL | C OF O/IN | 04/27/12 | TK |

**USAGE TAX PAID** $2,593.50

**ISSUE DATE** 07/03/12

**OWNER(S) NAME**

ROCHEM INC / DAVID A LAMONICA
51780 WESTPORT CT
GRANGER IN 465308222

**ODOMETER/BRAND**

000012/ACTUAL

**MAILING ADDRESS**

HUNTINGTON NATIONAL BANK
2361 MORSE RD NC1C16
COLUMBUS OH 432295856

**BRAND(S)**

**SECOND LIENHOLDER**

**ADDITIONAL OWNER(S)**

DAVID ANTHONY LAMONICA

**LIEN RELEASED BY:**

X ______________________________

**PRINTED NAME:** **POSITION:**

**DATE:** ______________________________

**FIRST LIENHOLDER**

HUNTINGTON NATIONAL BANK
2361 MORSE RD NC1C16
COLUMBUS OH 432295856

**LIEN RELEASED BY:**

X ______________________________

**PRINTED NAME:** **POSITION:**

**DATE:** ______________________________

**THIRD LIENHOLDER**

**LIEN RELEASED BY:**

X ______________________________

**PRINTED NAME:** **POSITION:**

**DATE:** ______________________________

The Commissioner of the Bureau of Motor Vehicles, pursuant to the laws of the State of Indiana, certifies that the vehicle/watercraft has been duly titled and the owner of the described vehicle/watercraft is subject to the liens set forth.

INDIANA BUREAU OF MOTOR VEHICLES

**R. Scott Waddell, Commissioner**

**TITLE NUMBER**

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS