IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ULTURA (LA) INC., et al.,[1] <br> *fdba* Rochem Membrane Systems, Inc. <br><br> Debtor. | ) Case No. 14-12382-KG <br> ) Chapter 11 <br> ) Jointly Administered <br> ) **Ref. No.** <br> ) |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362 AS TO THE 2012 CHEVROLET SILVERADO 1500, VEHICLE IDENTIFICATION NUMBER 1GCRKSE78CZ209764

AND NOW, TO WIT, this _____ day of _____ A.D., 2014, this matter having come before the Court by Whittington & Aulgur, counsel for The Huntington National Bank on its Motion for an Order vacating the automatic stay provisions of Section 362 of the Bankruptcy Code; and

IT APPEARING that Movant is the holder of a Security Interest in a Motor Vehicle known as a 2012 Chevrolet Silverado 1500, Vehicle Identification Number 1GCRKSE78CZ209764 (hereinafter "Vehicle").

IT IS HEREBY ORDERED that the Stay pursuant to Section 362 of the Bankruptcy Code is hereby VACATED with respect to sale of the Vehicle;

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that The Huntington National Bank immediately enforce and implement this Order granting relief from the automatic stay.

_____
HONORABLE KEVIN GROSS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: (Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429).