IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 14, 2014, AT 10:00 A.M. (EASTERN TIME)** [2]

**PLEASE NOTE THAT THE HEARING WILL BE
HELD AT THE FOLLOWING LOCATION:**

**824 N. MARKET STREET
6th FLOOR, COURTROOM NO. 3
WILMINGTON, DELAWARE**

**CONTINUED MATTERS:**

1. Motion for the Approval of Key Employee Incentive Plan and Authorizing Payments Thereunder [Filed: 10/21/14] (Docket No. 6)

    Response Deadline: November 6, 2014, at 4:00 p.m.; extended to November 12, 2014 at 12:00 noon for the Official Committee of Unsecured Creditors

    Responses Received: None as of the date of filing this Agenda.

    Related Documents:

    A. Notice of Hearing Regarding Motion for the Approval of Key Employee Incentive Plan and Authorizing Payments Thereunder [Filed: 10/23/14] (Docket No. 56)

    Status: This matter is continued to a date to be determined.

2. Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal the Motion for the Approval of Key Employee Incentive Plan and Authorizing Payments Thereunder and (II) Granting Related Relief [Filed: 10/21/14] (Docket No. 8)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429). The mailing address for each of the Debtors is: 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.
[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

Response Deadline: November 6, 2014, at 4:00 p.m.; extended to November 12, 2014 at 12:00 noon for the Official Committee of Unsecured Creditors

Responses Received: None as of the date of filing this Agenda.

Related Documents:

A.  Notice of Hearing Regarding Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal the Motion for the Approval of Key Employee Incentive Plan and Authorizing Payments Thereunder and (II) Granting Related Relief [Filed: 10/23/14] (Docket No. 52)

Status: This matter is continued to a date to be determined.

**MATTERS GOING FORWARD:**

3.  Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 10/20/14] (Docket No. 5)

    Response Deadline: November 6, 2014, at 4:00 p.m.; extended to November 12, 2014 at 12:00 noon for the Official Committee of Unsecured Creditors

    Responses Received:

    A.  Objection of San Diego Gas & Electric Company to the Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 11/4/14] (Docket No. 86)

        i.  Notice of Withdrawal of Objection of San Diego Gas & Electric Company to the Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 11/10/14] (Docket No. 104)

    Related Documents:

    A.  [Signed] Interim Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and


(C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 10/23/14] (Docket No. 45)

B. Notice of Final Hearing Regarding Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 10/23/14] (Docket No. 50)

Status: This matter will go forward.

4. Motion of the Debtors Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed: 10/21/14] (Docket No. 9)

Response Deadline: November 6, 2014, at 4:00 p.m.; extended to November 12, 2014 at 12:00 noon for the Official Committee of Unsecured Creditors

Responses Received: None as of the date of filing this Agenda.

Related Documents:

A. Notice of Hearing Regarding Motion of the Debtors Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed: 10/23/14] (Docket No. 55)

Status: This matter will go forward.

5. Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 10/21/14] (Docket No. 10)

Response Deadline: November 6, 2014, at 4:00 p.m.; extended to November 12, 2014 at 12:00 noon for the Official Committee of Unsecured Creditors

Responses Received: None as of the date of filing this Agenda.

Related Documents:

A. Notice of Hearing Regarding Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 10/23/14] (Docket No. 51)

      B.      Supplemental Declaration of Jeffrey N. Pomerantz in Support of Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 11/10/14] (Docket No. 107)

Status: This matter will go forward.

6. Ultura (Oceanside) Inc.'s Motion for Order: (A) Approving Bid Procedures for the Sale of Substantially All Assets of Ultura (Oceanside) Inc. Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief [Filed: 10/21/14] (Docket No. 12)

Response Deadline: Responses due at time of November 5, 2014 hearing; extended to November 12, 2014 at 12:00 noon for the Official Committee of Unsecured Creditors

Responses Received: None as of the date of filing this Agenda.

Related Documents:

      A.      [Signed] Order Granting Motion to Shorten Notice and Request for Hearing with Respect to Ultura (Oceanside) Inc.'s Motion for Order: (A) Approving Bid Procedures for the Sale of Substantially All Assets of Ultura (Oceanside) Inc. Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief [Filed: 10/23/14] (Docket No. 46)

      B.      Notice of Hearing on Ultura (Oceanside) Inc.'s Motion for Order: (A) Approving Bid Procedures for the Sale of Substantially All Assets of Ultura (Oceanside) Inc. Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief [Filed: 10/23/14] (Docket No. 54)

Status: This matter will go forward on an uncontested basis only. The Debtors are in the process of negotiating revised bid procedures with the Committee and the Stalking Horse Buyer. If revised bidding procedures are agreed to, then the parties will seek approval from the Court at the hearing. Alternatively, the parties may seek a short continuance of the hearing.

7. Motion of Debtors for Orders (I) Approving Ultura (Oceanside) Inc.'s Postpetition Financing; (II) Authorizing Debtors' Use of Cash Collateral; (III) Granting Liens and

4

Providing Superpriority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; and (VI) Scheduling a Final Hearing [Filed: 10/21/14] (Docket No. 15)

Response Deadline: November 3, 2014, at 4:00 p.m.; extended to November 12, 2014 at 12:00 noon for the Official Committee of Unsecured Creditors

Responses Received: None as of the date of filing this Agenda.

Related Documents:

    A.    [Signed] Interim Order (I) Authorizing Debtors' Use of Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Status; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Scheduling a Final Hearing [Filed: 10/23/14] (Docket No. 53)

    B.    Notice of Final Hearing Regarding Motion of Debtors for Orders (I) Approving Ultura (Oceanside) Inc.'s Postpetition Financing; (II) Authorizing Debtors' Use of Cash Collateral; (III) Granting Liens and Providing Superpriority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; and (VI) Scheduling a Final Hearing [Filed: 10/23/14] (Docket No. 58)

Status: This matter will go forward. The Debtors are in the process of negotiating a one week extension of the current interim order authorizing use of cash collateral and will present a second interim order at the hearing. The parties will request a second interim order at the hearing. The Debtors will request a final hearing approving cash collateral and debtor in possession financing for the latter part of the week of November 17.

8.   Application of Debtor Ultura (Oceanside) Inc. for Entry of an Order Authorizing the Employment and Retention of Wedbush Securities Inc. as Investment Banker *Nunc Pro Tunc* to the Petition Date [Filed: 10/30/14] (Docket No. 71)

Response Deadline: November 7, 2014, at 4:00 p.m.; extended to November 12, 2014 at 12:00 noon for the Official Committee of Unsecured Creditors

Responses Received: None as of the date of filing this Agenda.

Related Documents:

    A.    [Signed] Order Granting Motion to Shorten Notice and Schedule a Hearing on November 13, 2014 at 2:30 p.m. with Respect to Application of Debtor Ultura (Oceanside) Inc. for Entry of an Order Authorizing the Employment and Retention of Wedbush Securities, Inc. as Investment Banker Nunc Pro Tunc to the Petition Date [Filed: 10/31/14] (Docket No. 75)

    B.    Notice of Hearing Regarding Application of Debtor Ultura (Oceanside) Inc. for Entry of an Order Authorizing the Employment and Retention of Wedbush

Securities Inc. as Investment Banker *Nunc Pro Tunc* to the Petition Date [Filed: 10/31/14] (Docket No. 76)

C. Supplemental Declaration of Duncan Williams in Support of Application of Debtor Ultura (Oceanside) Inc. for Entry of an Order Authorizing the Employment and Retention of Wedbush Securities Inc. as Investment Banker *Nunc Pro Tunc* to the Petition Date [Filed: 11/7/14] (Docket No. 101)

Status: This matter will go forward. The Debtors received informal comments from the Office of the United States Trustee and expect to submit a revised order under certification of counsel.

Dated: November 12, 2014      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James O'Neill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:     jpomerantz@pszjlaw.com
             dgrassgreen@pszjlaw.com
             joneill@pszjlaw.com
             jfried@pszjlaw.com

[Proposed] Counsel to Debtors and Debtors in Possession