IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related Docket No. 10** |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION PURSUANT TO SECTION 327(A) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* (the "Application") [Docket No. 10] filed on October 21, 2014. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than November 6, 2014 at 4:00 p.m. prevailing Eastern time (the "Objection Deadline"). The Objection Deadline was extended by agreement to November 12, 2014 at 12:00 noon for the Official Committee of Unsecured Creditors. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Application appears thereon.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429). The mailing address for each of the Debtors is: 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.

DOCS_DE:196181.1 87714/002

It is hereby respectfully requested that the proposed final Order (the "Order") attached hereto as Exhibit A be entered at the Court's earliest convenience; the form of Order submitted herewith differs from the form filed with the Application solely in the addition to the Order of the docket number of the Application to the caption of the Order.

Dated: November 13, 2014					PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:	jpomerantz@pszjlaw.com
	dgrassgreen@pszjlaw.com
	joneill@pszjlaw.com
	jfried@pszjlaw.com

[Proposed] Counsel to Debtors and
Debtors in Possession