# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ULTURA (LA) INC. |
| **Case Number:** | 14-12382-KG     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 14, 2014 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

2nd days; Evidentiary -   Bid Procedures and Cash Relief (moved from 11/5/14);

**R / M #:**   108 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - #2 - Continued to date 11/21/14 @ 10 am
#3 -  Final  ORDER SIGNED
#4 - ORDER SIGNED
#5 -  ORDER SIGNED
#6 -  Submitting Revised Order under Certification of Counsel  Cont'd to 11/21/14 @ 10 AM
#7 -  Submitting Revised Order under Certification of Counsel - Date Set - 11/21/14 @ 10 AM
#8 - Revised ORDER SIGNED

Hearing scheduled for Settlement Motion to be filed - for 11/25/14 @ 1PM - 3 PM