# EXHIBIT A

**Bar Date Notice**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM**

TO:  ALL CREDITORS AND OTHER PARTIES IN INTEREST WITH CLAIMS AGAINST THE
ABOVE-CAPTIONED DEBTORS:

PLEASE TAKE NOTICE that:

On _____ 2014, the United States Bankruptcy Court for the District of Delaware
(the "Court") entered an Order (the "Bar Date Order") in the chapter 11 cases (the "Cases") of the above-
captioned debtors and debtors in possession (the "Debtors") in accordance with Bankruptcy Rule 3003(c)
fixing:

a.   **January 15, 2015, at 4:00 p.m. prevailing Eastern time** (the "Claims Bar Date") as the
**last day** for the **filing of proofs of claim** in these Cases for all claims against the Debtors
arising prior to October 20, 2014 (the "Petition Date"), including claims arising under
§ 503(b)(9) of the Bankruptcy Code; and

**All claims**, as defined in section 101(5) of title 11 of the United States Code
(the "Bankruptcy Code"), **arising before the Petition Date**, and claims arising under § 503(b)(9) of
the Bankruptcy Code, including in each case any claims against the Debtors' estates based on the
Debtors' primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed,
undisputed, liquidated, unliquidated, matured, unmatured, legal or equitable liability, or otherwise (each a
"Claim"), except as otherwise provided for or specifically excepted herein, shall be filed with the claims
agent, Rust Consulting Omni Bankruptcy (the "Claims Agent"), in writing, together with supporting
documentation, substantially conforming with Official Bankruptcy Form 10 (attached hereto as Exhibit
1), or as otherwise prescribed or authorized under the Bankruptcy Rules, on or before the Claims Bar
Date at the following address:

**If by First Class Mail, Hand Delivery or Overnight Mail:**
**Ultura (LA) Inc., et al. Proofs of Claim**
**c/o Rust Consulting Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA  91367**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are:
Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429).  The mailing address for each of the Debtors is:  3605
Long Beach Blvd., Suite 201, Long Beach, CA 90807.

In addition, proofs of claim may be filed electronically using the interface available on Rust Omni's website at http://www.omnimgt.com/ultura. Proofs of claim submitted by facsimile or electronic mail will not be accepted.

The following claims are excepted from the provisions of the Bar Date Order (the "Excepted Claims") and are not required to be filed on or before the Claims Bar Date:

a.  claims already duly filed in these Cases with the Claims Agent, or with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801;

b.  claims by UAC with respect to the Obligations (as such term is defined in the Final Order (I) Approving Ultura (Oceanside) Inc.'s Petition Financing, (II) Authorizing Debtors' Use of Cash Collateral; (III) Granting Liens and Providing Superpriority Administrative Expense Status (IV) Granting Adequate Protection; and (V) Modifying the Automatic Stay;

c.  claims listed in the Debtors' schedules of assets and liabilities and statement of financial affairs [Docket Nos. 80-83] (the "Schedules"), if and only if (i) the claimant does not dispute the amount, nature, and priority of its claim as designated in the Schedules, (ii) such claim is not designated in the Schedules as "contingent", "unliquidated", "subject to adjustment", "disputed", or "unknown" (or assigned a zero amount), and (iii) such claimant does not dispute that its claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules; and

d.  claims arising on or after the Petition Date.

Should the Court, in the future, fix a date by which the Excepted Claims must be filed, you will be notified.

Any proof of Claim required to be filed pursuant to the provisions of the Bar Date Order and not filed on or before the Claims Bar Date, shall be **forever barred** from voting on any plan of reorganization filed in these Cases or participating in any distribution in these Cases, including, but not limited to, any distribution under a confirmed plan.

The Debtors' Schedules and/or the Bar Date Order may be examined and inspected by interested parties during regular business hours at the office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801. Creditors that wish to rely on the Schedules shall have the responsibility for determining that its Claims are accurately listed therein.

Any questions concerning this notice should be directed to the Claims Agent Rust Consulting Omni Bankruptcy by telephone at (818) 906-8300, from the Rust Consulting Omni Bankruptcy web site at http://www.omnimgt.com/ultura, or the Debtors' counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) or (302) 652-4100, Attention: James E. O'Neill, Esquire.

This notice may have been sent inadvertently to persons or entities that may not actually have a Claim against the Debtors. The fact that you have received this notice does not mean that you have a Claim, or that the Debtors or the Bankruptcy Court concede that you have a Claim.

2

Dated: November ___, 2014          PACHULSKI STANG ZIEHL & JONES LLP

_____
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Telephone:  302-652-4100
Facsimile:  302-652-4400
E-mail:jpomerantz@pszjlaw.com
        dgrassgreen@pszjlaw.com
        joneill@pszjlaw.com
        jdulberg@pszjlaw.com

Counsel to the Debtors and Debtors in
Possession

3

# EXHIBIT 1

2

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor & Case No:  ☐ Ultura (LA) Inc.  14-12382          ☐ Ultura (Oceanside) Inc.  14-12383

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

**COURT USE ONLY**

TEL: ( ) - 

email:

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:

TEL: ( ) - 

email:

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On: /     /

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: Ultura (LA) Inc., et al., c/o Rust Consulting | Omni Bankruptcy, 5955 De Soto Avenue Suite 100, Woodland Hills, CA 91367 by MON DD, 2015 at 4:00 pm prevailing Eastern Time or MON DD, 2015 at 4:00 pm prevailing Eastern time for governmental entities.

**1. Amount of Claim as of Date Case Filed:**          $

If all or part of your claim is secured, complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim**
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** | **3a. Debtor may have scheduled account as:** | **3b. Uniform Claim Identifier (optional):** |
|---|---|---|
| | (See instruction #3a) | (See instruction #3b) |

**4. Secured Claim.**      (See instruction #4)
☐ Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges as of time case was filed included in secured claim, if any:
$

Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe:                                                    Basis for perfection:

Value of Property:  $                                   Amount Secured  $

Annual Interest Rate:        %  ☐ Fixed  or  ☐ Variable
(when case was filed)                                   Amount Unsecured  $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount entitled to priority:
$

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(   ).

*Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secure, box 4 has been completed and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim.     *(See instruction #7 and definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:**     *(See instruction #8)*

Check the appropriate box.

☐ I am the creditor.      ☐ I am the creditor's authorized agent.      ☐ I am the trustee, or the debtor,      ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                        or their authorized agent.                          *(See Bankruptcy Rule 3005.)*
                                                                        *(See Bankruptcy Rule 3004.)*

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:_____

Title:_____

Company:_____

Address and telephone number (if different from notice address above)

_____

_____          _____          _____
                                         (Signature)                               (Date)

Telephone number:                    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.     POC0     0002

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, exceptions to these general rules may apply.*

### Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable) and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence . You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on the delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## --- DEFINITIONS ---

### Debtor
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

### Creditor
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

### Claim
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

### Proof of Claim
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

### Secured Claim Under 11 U.S.C. §506(a)
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

### Unsecured Claim
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

### Claim Entitled to Priority Under 11 U.S.C. §507(a)
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

### Redacted
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must only show the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the disclosure of the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

### Evidence of Perfection
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## --- INFORMATION ---

### Acknowledgment of Filing of Claim
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.uscourts.gov) for a small fee to view your filed proof of claim.

### Offer to Purchase Claim
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.