IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 20th day of November, 2014, I caused a copy of the following documents to be served on the individuals on the service list attached hereto as **Exhibit 1** in the manner indicated:

**Notice of Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned [with the individualized "Cure Amount" attached as Exhibit 1 to each Notice] (Attached hereto as Exhibit 2).**

_____
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429). The mailing address for each of the Debtors is: 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.

## Exhibit 1

Ultura (LA) Inc. - Contract Counter Parties
Case No. 14-12382 (KG)
Document No. 195829v3
01 – Electronic Delivery
05 – Overnight Delivery
01 – Foreign Overnight Delivery

**ELECTRONIC DELIVERY**
(Counsel to RIF-III)
Allan D. Sarver, Esq.
adsarver@aol.com

**OVERNIGHT DELIVERY**
Professor D. Bhattacharyya (DB)
Dept of Chemical & Materials Engineering
University of Kentucky
Lexington, KY  40506

**OVERNIGHT DELIVERY**
RIF III – Impala, L LC
Howard Schwimmer
11620 Wilshire Blvd.
Suite 1000
Los Angeles, CA  90025

**OVERNIGHT DELIVERY**
University of Kentucky
Research Foundation
144 ASTecc Building
Lexington, KY  40506

**OVERNIGHT DELIVERY**
University Legal Counsel
2 Administration Building
Lexington, KY  40506-0032

**OVERNIGHT DELIVERY**
3605 Long Beach Boulevard, LLC
Donald Lam, Managing Member
3605 Long Beach Blvd., Ste 405
Long Beach, CA 90807

**FOREIGN OVERNIGHT DELIVERY**
Ultura RO Property GmbH
Seegelkenkehre 3
21107 Hamburg
GERMANY

**Exhibit 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Deadline for Objections to Assumption/Assignment of Contracts
and Sale Motion: December 3, 2014 at 12:00 Noon. (Eastern Time)
Sale Hearing Date and Time: December 4, 2014 at 1:00 p.m. (Eastern Time)**

## NOTICE OF COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that on November 19, 2014, Ultura (Oceanside) Inc., one of the above-captioned the debtors ("Oceanside" or the "Seller"), filed a motion (the "Sale Motion") seeking entry of an order: (a) approving the *Asset Purchase Agreement* dated November 19, 2014 between Oceanside, as seller, and UAC Finance, Inc. (the "Purchaser"), as buyer (the "Agreement" or the "APA") a copy of which is attached to the Sale Motion as Exhibit A), authorizing the sale (the "Sale") of substantially all the assets of Ultura (Oceanside) Inc. (the "Acquired Assets"); (b) authorizing the sale of the Acquired Assets free and clear of all liens, claims, rights, encumbrances, and other interests pursuant to sections 105, 363(b), 363(f), and 363(m) of the Bankruptcy Code; and (c) granting related relief. The Sale provides for either the payment or assumption of all known undisputed trade claims against the Seller (subject to an aggregate cap of $635,000).

The Acquired Assets may include some or all of those executory contracts and leases listed on **Exhibit 1** (the "Assigned Contracts") attached hereto.[2]

**PLEASE TAKE FURTHER NOTICE** that you are receiving this notice because you may be a counterparty to an Assigned Contract with the Seller.

**PLEASE TAKE FURTHER NOTICE** that the amount shown on **Exhibit 1** attached to this Notice as the "Cure Amount" for the Assigned Contract listed on **Exhibit 1** is the amount, based upon the Seller's books and records, which the Seller asserts are owed to cure any defaults existing under the Assigned Contract as of November 19, 2014 to which you are a counterparty.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Amount shown for the Assigned Contract on Exhibit A hereto, you must file in writing with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, an objection on or before 12:00 Noon Eastern Time on December 3, 2014.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429). The mailing address for each of the Debtors is: 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.

[2] Such Assigned Contracts may or may not be assumed and assigned to the Purchaser and nothing contained herein or otherwise shall be deemed as an assumption or assumption and assignment of any such contracts.

**PLEASE TAKE FURTHER NOTICE** that if you have any other objection to the Seller's assumption and assignment of the Assigned Contract to which you are a party, to the Purchaser, or to any of the other relief requested, you also must file that objection in the manner and by the date and time stated above.

**PLEASE TAKE FURTHER NOTICE** that the Sellers will deliver a copy of the Sale Motion to you by facsimile, email or overnight delivery if you email a written request for such delivery to Patricia Jeffries, pjeffies@pszjlaw.com, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067. The Sale Motion is also available website from the Rust Consulting Omni Bankruptcy web site at http://www.omnimgt.com/ultura.

**PLEASE TAKE FURTHER NOTICE** that any objection so filed must be served so as to be received by that same date and time upon the attorneys below: (i) the Seller, Ultura (Oceanside) Inc., c/o Jonathan Wright, General Counsel and Chief Compliance Officer, 3605 Long Beach Blvd., Suite 201, Long Beach, California 90807, Email: jwright@ulturawater.com; (ii) Seller's counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: James E. O'Neill, Esq., joneill@pszjlaw.com; Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Jeffrey N. Pomerantz and Joshua M. Fried, jpomerantz@pszjlaw.com and jfried@pszjlaw.com; (iii) counsel to the Stalking Horse Bidder, Mintz Levin Cohn Ferris Glovsky and Popeo PC, One Financial Center, Boston, MA 02111, Attn: William Kannel and Daniel Bleck, BKannel@mintz.com and DSBleck@mintz.com; (iv) counsel to any Official Committee of Unsecured Creditors; and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: David Buchbinder, Esq., David.L.Buchbinder@usdoj.gov (collectively, the "Notice Parties"), so as to be received by **DECEMBER 3, 2014, AT 12:00 NOON (EASTERN TIME).**

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITH NO FURTHER NOTICE.

ANY NON-DEBTOR PARTY TO ANY ASSIGNED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSIGNED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

Dated: November 20, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:   jpomerantz@pszjlaw.com
          dgrassgreen@pszjlaw.com
          joneill@pszjlaw.com
          jfried@pszjlaw.com

Counsel to Debtors and Debtors in Possession

3