# EXHIBIT A

## ASSUMED AND ASSIGNED TO UAC AND APPLICABLE CURE AMOUNTS

| Counterparty | Contract Description | Cure Amount |
|---|---|---|
| 3605 Long Beach Boulevard, LLC<br>Donald Lam, Managing Member<br>3605 Long Beach Blvd., Ste 405<br>Long Beach, CA 90807 | Standard Multi-Tenant Office Lease - Gross Air Commercial Real Estate Association for premises located at 3605 Long Beach Blvd., Suite 201, Long Beach, CA | $0.00 |
| Professor D. Bhattacharyya (DB)<br>Dept of Chemical & Materials Engineering<br>University of Kentucky<br>Lexington, KY 40506 | Employment Agreement Letter | $0.00 |
| RIF III – Impala, L LC<br>Howard Schwimmer<br>11620 Wilshire Blvd.<br>Suite 1000<br>Los Angeles, CA 90025 | Air commercial Real Estate Association Standard Industrial/Commercial Multi-Tenant Lease – Net for premises located at 2463 Impala Dr. Carlsbad, CA 92010 | $0.00 |
| Ultura RO Property GmbH<br>Seegelkenkehre 3<br>21107 Hamburg<br>Germany | Patent License Agreement | $0.00 |
| University of Kentucky Research Foundation<br>144 ASTecc Building<br>Lexington, KY 40506-0286<br><br>University Legal Counsel<br>2 Administration Building<br>Lexington, KY 40506-0032 | License Agreement dated Jan 2013 | $0.00 |