IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., *et al.*,[1] | ) | Case No. 14-12382 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | **Related Docket No. 141** |

**ORDER APPROVING JOINT MOTION OF THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING GLOBAL SETTLEMENT AGREEMENT BETWEEN AND AMONG THE DEBTORS, CERTAIN AFFILIATES OF THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, DR. HANS J. ROHRER, TRUE NORTH VENTURE PARTNERS, L.P., UAC FINANCE, INC. AND THOSE OTHER PARTIES TO THE GLOBAL SETTLEMENT AGREEMENT**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession ("Debtors") and the Official Committee of Unsecured Creditors (the "Committee") for entry of an order (this "Order") under Bankruptcy Rule 9019 authorizing and approving the Global Settlement (the "Global Settlement Agreement") between and among the Debtors, certain affiliates of the Debtors, the Committee, Dr. Hans J. Rohrer ("Dr. Rohrer"), True North Venture Partners, L.P. ("True North"), UAC Finance, Inc. ("UAC") and those other parties to the Global Settlement Agreement (collectively with the Debtors, the Committee, the other parties to the Global Settlement Agreement and Dr. Rohrer, the "Parties"); and this Court

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) ("LA") and Ultura (Oceanside) Inc. (6429) ("Oceanside," and together with LA, the "Debtors"). The mailing address for each of the Debtors is: 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

DOCS_DE:196411.2 87714/002

having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b) and a related proceeding pursuant to 28 U.S.C. § 157(a); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the relief requested being a reasonable exercise of the Debtors' sound business judgment consistent with its fiduciary duties and in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED and the Global Settlement Agreement, substantially in the form attached hereto as <u>Exhibit A</u>, is approved.

2. The Debtors are authorized to execute the Global Settlement Agreement, the Parties are authorized to perform of their respectively obligations provided for thereunder and implement the transactions contemplated therein, and to execute and deliver, and to perform in accordance with such other documents, agreements, and instruments as may be necessary or appropriate to implement the Global Settlement Agreement consistent with this Order.

3. UAC Finance, Inc. shall have an allowed secured claim against each of the Debtors in an amount not less than $24,331,905.00 as of the petition date, with interest and fees continuing to accrue from and after the Petition Date, plus the amount advanced by UAC

2

pursuant to Section 3.04(b) of the Global Settlement Agreement, which shall not be subject to offset, recoupment, deduction, counterclaim or objection, of any kind or nature, by any party.

4. The UCC Winddown Account to be created pursuant to Section 3.03(a) and (b) of the Global Settlement Agreement shall be property of the Debtors' bankruptcy estates pursuant to Bankruptcy Code section 541(a). Any expenses or charges attributable to 28 USC 1930, including court charges and UST fees shall be paid from the UCC Winddown Account in any case where the Debtors lack other available funds to pay such expenses or charges. The Debtors shall account for the UCC Winddown Account in their monthly operating reports.

5. This Order shall be binding upon any successors and assigns of the Debtors, including without limitation, any trustee appointed in the Chapter 11 Cases or in any superseding proceeding under chapter 7 of the Bankruptcy Code.

6. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

7. Notwithstanding Bankruptcy Rule 6004(h) and any other Bankruptcy Rule(s) to the contrary, this Order shall take effect immediately upon entry.

Dated: December 4, 2014
Wilmington, DE

Honorable Kevin Gross
United States Bankruptcy Judge

3