IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related Docket No. 210, 213, 214, 215 & 216** |

## AFFIDAVIT OF SERVICE

Lynzy McGee, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 4th day of

December, 2014, she caused a copy of the following documents to be served upon the attached

service list in the manner indicated:

1.) **[Signed] Order (1) Fixing Bar Date for the Filing of Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (2) Designating Form and Manner of Notice Thereof, and (3) Granting Related Relief [Docket No. 210];**

2.) **[Signed] Order Granting Ultura (Oceanside) Inc.'s Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All Assets of Ultura (Oceanside) Inc. Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief [Docket No. 213];**

3.) **[Signed] Final Order (I) Approving Ultura (Oceanside) Inc.'s Postpetition Financing; (II) Authorizing Debtors' Use of Cash Collateral; (III) Granting Liens and Providing Superpriority Administrative Expense Status; (IV) Granting Adequate Protection; and (V) Modifying the Automatic Stay [Docket No. 214];**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429).  The mailing address for each of the Debtors is: 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.

4.) [Signed] Order Approving Joint Motion of the Debtors and Official Committee of Unsecured Creditors for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Global Settlement Agreement Between and Among the Debtors, Certain Affiliates of the Debtors, The Official Committee of Unsecured Creditors, Dr. Hans J. Rohrer, True North Venture Partners, L.P., UAC Finance, Inc. And Those Other Parties to the Global Settlement Agreement [Docket No. 215]; and

5.) Notice of Bar Date for Filing Proofs of Claim [Docket No. 216].

_____
Lynzy McGee

SWORN TO AND SUBSCRIBED
by me on this 4th day of December, 2014.

_____
Notary Public
My Commission Expires: 2-15-16

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 15, 2016

Ultura (LA) Inc. 2002 Service List
Case No. 14 -12382 (KG)
Document No. 195825
01 – INTEROFFICE MAIL
09 – HAND DELIVERY
14 - FIRST CLASS MAIL


(Counsel to the Debtors)
James E. O'Neill, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

(Counsel to the Debtors)
Debra Grassgreen, Esquire
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA  94111

*INTEROFFICE MAIL*
(Counsel to the Debtors)
Jeffrey N. Pomerantz, Esquire
Jeffrey W. Dulburg, Esquire
Shirley S. Cho, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

*HAND DELIVERY*
(United States Trustee)
David L. Buchbinder
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

*HAND DELIVERY*
(United States Attorney)
Beau Biden, Attorney General
Office of the US Attorney General
Carvel State Office Building
820 N. French Street, 5th Floor
Wilmington, DE  19801

*HAND DELIVERY*
Zillah A. Frampton, Bankruptcy
Administrator
Delaware Division of Revenue
Carvel State Office Building
820 N. French Street, 8th Floor
Wilmington, DE  19801

*HAND DELIVERY*
(United States Attorney)
Charles Oberly, Esquire
c/o Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel to UAC Finance, Inc.)
Michael R. Nestor, Esquire
Margaret Whiteman Greecher, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel for Rochem AG (Switzerland)
GmbH
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE  19899

*HAND DELIVERY*
(Counsel to the Official Committee of
Unsecured Creditors)
Jeremy W. Ryan, Esquire
Etta R. Mayers, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899

*HAND DELIVERY*
(Counsel to Dr. Hans J. Rohrer)
Michael Busenkell
913 N. Market Street, 10th Floor
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Ultura, Inc.)
Derek C. Abbott, Esquire
Tamara K. Minott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801

*FIRST CLASS MAIL*
(United Stated Attorney General)
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Room 4400
Washington, DC 20530-0001

*FIRST CLASS MAIL*
Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
P.O. Box 898
Dover, DE 19903

*FIRST CLASS MAIL*
Delaware Secretary of Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

*FIRST CLASS MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20554

*FIRST CLASS MAIL*
Sharon Binger, PA Regional Director
Securities & Exchange Commission
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

*FIRST CLASS MAIL*
Andrew Calamari, NY Regional Director
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281

*FIRST CLASS MAIL*
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC 20005

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
2970 Market Street
Mail Stop 5-030.133
Philadelphia, PA 19101

*FIRST CLASS MAIL*
(Counsel to UAC Finance, Inc.
True North Ventures Partners L.P. (Secured
Lender))
Daniel S. Bleck, Esquire
William W. Kannel, Esquire
Mintz Levin Cohn Ferris Glovsky and
Popeo PC
One Financial Center
Boston, MA 02111

**FIRST CLASS MAIL**
City National Bank
Attn: Leo Pierre
Barbara Okihiro
3424 Carson Street
Torrance, CA  90503

**FIRST CLASS MAIL**
Wells Fargo Bank
Attn:  Ignacio Ramirez
Long Beach Main Branch
111 W Ocean Blvd., Suite 100
Long Beach, CA  90802

**FIRST CLASS MAIL**
(Counsel to the Official Committee of
Unsecured Creditors)
Andrew H. Sherman, Esquire
Boris I. Mankovetskiy, Esquire
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ  07102

**FIRST CLASS MAIL**
(Counsel to Ultura, Inc.)
Thomas J. Salerno, Esquire
Anthony P. Cali, Esquire
Gordon Silver
One East Washington Street, Suite 400
Phoenix, AZ  85004