IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related Docket No. 213 and 215** |

## AFFIDAVIT OF SERVICE

Lynzy McGee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 4th day of December, 2014, she caused a copy of the following documents to be served upon the attached service lists in the manner indicated:

1.) **[Signed] Order Granting Ultura (Oceanside) Inc.'s Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All Assets of Ultura (Oceanside) Inc. Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief [Docket No. 213] and**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) and Ultura (Oceanside) Inc. (6429). The mailing address for each of the Debtors is: 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.

2.) **[Signed] Order Approving Joint Motion of the Debtors and Official Committee of Unsecured Creditors for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Global Settlement Agreement Between and Among the Debtors, Certain Affiliates of the Debtors, The Official Committee of Unsecured Creditors, Dr. Hans J. Rohrer, True North Venture Partners, L.P., UAC Finance, Inc. And Those Other Parties to the Global Settlement Agreement [Docket No. 215].**

Lynzy McGee

SWORN TO AND SUBSCRIBED
by me on this 4th day of December, 2014.

Notary Public
My Commission Expires: 2-15-16

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 15, 2016

Ultura (LA) Inc. - Contract Counter Parties
Case No. 14-12382 (KG)
Document No. 195829v4
01 – Electronic Delivery
05 – First Class Mail
01 – Foreign First Class Mail

*ELECTRONIC DELIVERY*
(Counsel to RIF-III)
Allan D. Sarver, Esq.
adsarver@aol.com

*FIRST CLASS MAIL*
Professor D. Bhattacharyya (DB)
Dept of Chemical & Materials Engineering
University of Kentucky
Lexington, KY  40506

*FIRST CLASS MAIL*
RIF III – Impala, L LC
Howard Schwimmer
11620 Wilshire Blvd.
Suite 1000
Los Angeles, CA  90025

*FIRST CLASS MAIL*
University of Kentucky
Research Foundation
144 ASTecc Building
Lexington, KY  40506

*FIRST CLASS MAIL*
University Legal Counsel
2 Administration Building
Lexington, KY  40506-0032

*FIRST CLASS MAIL*
3605 Long Beach Boulevard, LLC
Donald Lam, Managing Member
3605 Long Beach Blvd., Ste 405
Long Beach, CA 90807

*FOREIGN FIRST CLASS MAIL*
Ultura RO Property GmbH
Seegelkenkehre 3
21107 Hamburg
GERMANY

Ultura (LA) Supplemental Service List
Case No. 14 -12382 (KG)
Document No. 196369v2
10 – First Class Mail
26 – Foreign First Class Mail


***FIRST CLASS MAIL***
EcoSustainable Solutions, LLC
Attn: Erick Neuman
PO Box 7583
Fort Lauderdale, FL 33338

***FIRST CLASS MAIL***
Rochem Environmental Inc.
15001 Walden Road # 130
Montgomery, TX 77356

***FIRST CLASS MAIL***
Rochem Technical Services (USA) Ltd
1308 SE 20th St
Cape Coral, FL 33990

***FIRST CLASS MAIL***
Rochem Americas, Inc.
Attn: David LaMonica
426 30th Street
Hermosa Beach, CA 90254

***FIRST CLASS MAIL***
Board of Commissioners of Hall County
2875 Browns Bridge Road
Gainesville, GA 30354

***FIRST CLASS MAIL***
Ironshore Indemnity Inc.
One State Street, 7th Flr.
New York, NY 10004 –

***FIRST CLASS MAIL***
UAC Finance, Inc.
c/o True North Venture Partners L P
Attn Michael J Ahearn/Matthew S
Ahearn
205 N Michigan Ave.
Chicago, IL 60601

***FIRST CLASS MAIL***
Ultura Inc.
3605 Long Beach Blvd.
Suite 201
Long Beach, CA 90807

***FIRST CLASS MAIL***
Ultura Asia Pacific Pte Limited
3605 Long Beach Blvd., Suite 201
Long Beach CA 90807

***FIRST CLASS MAIL***
Ultura LLC
3605 Long Beach Blvd., Suite 201
Long Beach CA 90807

***FOREIGN FIRST CLASS MAIL***
ROCHEM TECHNICAL SERVICES
(ASIA) LTD.
391B ORCHARD ROAD
#13-09 NGEE ANN CITY
TOWER B SINGAPORE 238874

***FOREIGN FIRST CLASS MAIL***
ORTWIN WAIGNEIN
ROCHEM ASIAN OPERATIONS
GROUP 25, PHOUM 3, SANGKAT 3
KHAN MITTAPHEAP
18000 SIHANOUKVILLE
CAMBODIA

***FOREIGN FIRST CLASS MAIL***
ASHLEY HINES
ROCHEM CHINA
61 FEN JI HU
DANSHUI TOWN, TAIPEI COUNTY
251 TAIWAN

***FOREIGN FIRST CLASS MAIL***
BEAT SPORRI
FIDRACO S.A.
54, RUE AGASSE
1208 GENÈVE
SWITZERLAND

*FOREIGN FIRST CLASS MAIL*
ROCHEM GROUP AG
BAHNHOFSTRASSE 32
6300 ZUG
SWITZERLAND

*FOREIGN FIRST CLASS MAIL*
ROCHEM TECHNICAL SERVICES
HOLDING AG
BAHNHOFSTRASSE 32
6300 ZUG
SWITZERLAND

*FOREIGN FIRST CLASS MAIL*
FLUID SEPARATION SYSTEMS SA
RUE AGASSE 54
1208 GENÈVE
SWITZERLAND

*FOREIGN FIRST CLASS MAIL*
DR. HANS J. ROHRER
BELLERIVESTRASSE 5
8008 ZÜRICH
SWITZERLAND

*FOREIGN FIRST CLASS MAIL*
ROCHEM TECHNICAL SERVICES
(EUROPE) LTD.
11 SUN VALLEY BUSINESS PARK
WINNALL CLOSE
WINCHESTER SO23 0LB
UNITED KINGDOM

*FOREIGN FIRST CLASS MAIL*
R.T.S. ROCHEM TECHNICAL
SERVICES GMBH
KNICKBERG 1A
21077 HAMBURG
GERMANY

*FOREIGN FIRST CLASS MAIL*
ROMACO B.V.
EDISONSTRAAT 11
3261 LD OUD-BEIJERLAND
THE NETHERLANDS

*FOREIGN FIRST CLASS MAIL*
ROMACO PT
EDISONSTRAAT 11
3261 LD OUD-BEIJERLAND
THE NETHERLANDS

*FOREIGN FIRST CLASS MAIL*
ROMACO S.r.l.
EDISONSTRAAT 11
3261 LD OUD-BEIJERLAND
THE NETHERLANDS

*FOREIGN FIRST CLASS MAIL*
MR. TOM BOVE
DOMAINE DE LA MASCARONNE
ROUTE NATIONALE 7
83340 LE LUC-EN-PROVENCE
FRANCE

*FOREIGN FIRST CLASS MAIL*
MR. WILHELM HEINE
KNICKBERG 1B
21077 HAMBURG
GERMANY

*FOREIGN FIRST CLASS MAIL*
ROCHEM AG
ROCHEM AG
C/O GUBSET TREUHAND & CO.
ZWEIGNIEDERLASSUNG ZUG
BAHNHOFSTRASSE 32

*FOREIGN FIRST CLASS MAIL*
THOMAS BOVE
ROCHEM UF SYSTEM GMBH
TOM BOVE
FLUID SEPARATION SYSTEMS
GENEVA 17, 1211
GERMANY

*FOREIGN FIRST CLASS MAIL*
ULTURA GMBH
SEEGELKENKEHRE 4
21107 HAMBURG
GERMANY

**FOREIGN FIRST CLASS MAIL**
ULTURA RO PROPERTY GMBH
SEEGELKENKEHRE 3
21107 HAMBURG
GERMANY

**FOREIGN FIRST CLASS MAIL**
ULTURA S.R.L.
VIA DEGLI ARTIGIANI 51
16162 GENOVA – GE
ITALY

**FOREIGN FIRST CLASS MAIL**
ULTURA (SWITZERLAND) GMBH
C/O LACMONT AG
HOFSTRASSE 1A
6300 ZUG
SWITZERLAND

**FOREIGN FIRST CLASS MAIL**
ROCHEM AG
C/O LACMONT AG
HOFSTRASSE 1A
6300 ZUG
SWITZERLAND

**FOREIGN FIRST CLASS MAIL**
ULTURA LIMITED
19 HEREWARD RISE
HALESOWEN, BIRMINGHAM
WEST MIDLANDS B62 8AN
UNITED KINGDOM

**FOREIGN FIRST CLASS MAIL**
ULTURA SALES GMBH
SEEGELKENKEHRE 4
21107 HAMBURG
GERMANY

**FOREIGN FIRST CLASS MAIL**
SERWA SERVICE WASSERTECHNIK
GMBH
SEEGELKENKEHRE 4
21107 HAMBURG
GERMANY

**FOREIGN FIRST CLASS MAIL**
RALF FIAGA
C/O SERWA SERVICE
WASSERTECHNIK GMBH
SEEGELKENKEHRE 4
21107 HAMBURG
GERMANY

**Ultura – XPV Counsel Service List**
Document No. 196626
01 – Hand Delivery
01 – First Class Mail


*Hand Delivery*
(Counsel to XPV Water Fund (US) Limited
Partnership and XPV Water Fund Limited
Partnership)
Jeffrey S. Cianciulli, Esq.
Weir & Partners LLP
P.O. Box 708
824 Market Street Mall, Suite 800
Wilmington, DE  19899

*First Class Mail*
(Counsel to XPV Water Fund (US) Limited
Partnership and XPV Water Fund Limited
Partnership)
Douglas R. Gooding, Esq.
Sean M. Monahan, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110