IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

Objection Deadline: January 9, 2015 at 4:00 p.m.
Hearing Date: Scheduled only if Necessary

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), filed and served the *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from October 20, 2014 through November 30, 2014* (the "Fee Application"), seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $603,014.25 and reimbursement for actual and necessary expenses of PSZJ in the amount of $26,547.18.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Application must be filed with the Bankruptcy Court on or before **January 9, 2015 at 4:00 p.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors, Ultura (LA) Inc., et al., 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807, Attn: Grant Lyon; (ii) Counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) and UOI Estate (6429). The mailing address for each of the Debtors is: 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.

DE 19801, Attn: James E. O'Neill, Esq.; (iii) The Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: David Buchbinder, Esq., and (iv) Counsel to the Official Committee of Unsecured Creditors, (a) Potter Anderson & Corroon LLP, 1313 North Market Street, Sixth Floor, P.O. Box 951, Wilmington, DE 19899, Attn: Jeremy W. Ryan, Esq. and Etta R. Mayers, Esq. and (b) Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT IF ANY OBJECTIONS TO THE APPLICATION ARE FILED, A HEARING ON THE APPLICATION AND ANY SUCH OBJECTIONS WILL BE HELD AT THE CONVENIENCE OF THE BANKRUPTCY COURT.

Dated: December 19, 2014

PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    jpomerantz@pszjlaw.com
           dgrassgreen@pszjlaw.com
           joneill@pszjlaw.com
           jfried@pszjlaw.com

Counsel to the Debtors and Debtors in Possession