## Exhibit A

## Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Grant Lyon
President
Ultura, Inc.
Ultura Oceanside, Inc.

June 30, 2015
Invoice   110423
Client    87714
Matter    00002

**JNP**

RE:  Debtors Post-Petition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   06/30/2015**

| | |
|---|---:|
| FEES | $11,723.00 |
| EXPENSES | $635.64 |
| **TOTAL CURRENT CHARGES** | **$12,358.64** |
| **BALANCE FORWARD** | $201,447.69 |
| **LAST PAYMENT** | $12,563.92 |
| **TOTAL BALANCE DUE** | $201,242.41 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   2
Ultura Inc.                                                          Invoice 110423
87714    00002                                                       June 30, 2015

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 0.50 | $262.50 |
| CA | Case Administration [B110] | 5.80 | $1,871.50 |
| CO | Claims Admin/Objections[B310] | 9.50 | $5,362.00 |
| CP | Compensation Prof. [B160] | 3.70 | $1,868.50 |
| CPO | Comp. of Prof./Others | 0.30 | $157.50 |
| FF | Financial Filings [B110] | 2.60 | $1,459.00 |
| HE | Hearing | 0.90 | $274.50 |
| OP | Operations [B210] | 0.10 | $52.50 |
| PD | Plan & Disclosure Stmt. [B320] | 0.20 | $83.00 |
| RPO | Ret. of Prof./Other | 0.80 | $332.00 |
|   |   | 24.40 | $11,723.00 |

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | Case Man. Asst. | 225.00 | 1.10 | $247.50 |
| CAK | Knotts, Cheryl A. | Paralegal | 295.00 | 0.10 | $29.50 |
| JEO | O'Neill, James E. | Partner | 750.00 | 3.20 | $2,400.00 |
| JHR | Rosell, Jason H. | Associate | 525.00 | 10.70 | $5,617.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 0.40 | $358.00 |
| MLM | McGee, Margaret L. | Paralegal | 305.00 | 7.60 | $2,318.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 0.50 | $152.50 |
| SSC | Cho, Shirley S. | Counsel | 750.00 | 0.80 | $600.00 |
|   |   |   |   | 24.40 | $11,723.00 |

### Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $3.84 |

Pachulski Stang Ziehl & Jones LLP            Page:    3
Ultura Inc.                                  Invoice 110423
87714    00002                               June 30, 2015

**Summary of Expenses**

| Description | Amount |
| --- | --- |
| Delivery/Courier Service | $340.22 |
| Federal Express [E108] | $67.26 |
| Fax Transmittal [E104] | $96.00 |
| Pacer - Court Research | $15.40 |
| Postage [E108] | $26.62 |
| Reproduction Expense [E101] | $78.80 |
| Reproduction/ Scan Copy | $7.50 |
| | $635.64 |

| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
|---|---|
| Ultura Inc. | Invoice 110423 |
| 87714    00002 | June 30, 2015 |

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | | |
| 06/26/2015 | JHR | AA | Correspondence with M. Foster re: accounts receivable | | 0.30 | 525.00 | $157.50 |
| 06/29/2015 | JHR | AA | Review APA re: Ultura GmbH receivable | | 0.20 | 525.00 | $105.00 |
| | | | | | 0.50 | | $262.50 |
| **Case Administration [B110]** | | | | | | | |
| 06/01/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.20 | 305.00 | $61.00 |
| 06/01/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | | 0.10 | 305.00 | $30.50 |
| 06/01/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | | 0.10 | 225.00 | $22.50 |
| 06/03/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.30 | 305.00 | $91.50 |
| 06/03/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | | 0.10 | 225.00 | $22.50 |
| 06/04/2015 | JHR | CA | Revise letters to utilities re: adequate assurance deposit | | 0.20 | 525.00 | $105.00 |
| 06/05/2015 | CAK | CA | Review documents and organize to file. | | 0.10 | 295.00 | $29.50 |
| 06/05/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.20 | 305.00 | $61.00 |
| 06/05/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same to J. O'Neill for review | | 0.20 | 305.00 | $61.00 |
| 06/05/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | | 0.10 | 225.00 | $22.50 |
| 06/08/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | | 0.10 | 305.00 | $30.50 |
| 06/10/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | | 0.10 | 305.00 | $30.50 |
| 06/11/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.10 | 305.00 | $30.50 |
| 06/11/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | | 0.10 | 305.00 | $30.50 |
| 06/11/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | | 0.10 | 225.00 | $22.50 |
| 06/12/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.20 | 305.00 | $61.00 |
| 06/12/2015 | MLM | CA | Research and update critical dates memorandum | | 0.10 | 305.00 | $30.50 |

Pachulski Stang Ziehl & Jones LLP                                         Page:    5
Ultura Inc.                                                               Invoice 110423
87714    00002                                                            June 30, 2015

| Date | Initials | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | with respect to recently filed pleadings; circulate same | | | |
| 06/12/2015 | MLM | CA | Coordinate updates to 2002 service lists | 0.10 | 305.00 | $30.50 |
| 06/12/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 06/15/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 06/15/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 06/15/2015 | MLM | CA | Coordinate updates to 2002 service lists | 0.10 | 305.00 | $30.50 |
| 06/15/2015 | SSC | CA | Telephone conference with Rosell re case status. | 0.10 | 750.00 | $75.00 |
| 06/15/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 06/16/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 06/17/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 06/17/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 06/18/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 06/19/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same for review | 0.30 | 305.00 | $91.50 |
| 06/19/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 06/19/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 06/19/2015 | JHR | CA | Correspondence with accounting re: return of utility deposits to True North | 0.20 | 525.00 | $105.00 |
| 06/22/2015 | JNP | CA | Review email regarding case status. | 0.10 | 895.00 | $89.50 |
| 06/22/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 305.00 | $61.00 |
| 06/22/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 06/22/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 06/23/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 305.00 | $61.00 |
| 06/23/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 06/23/2015 | BMK | CA | Prepared daily memo narrative and coordinated | 0.10 | 225.00 | $22.50 |

Pachulski Stang Ziehl & Jones LLP
Ultura Inc.
87714    00002

Page:    6
Invoice 110423
June 30, 2015

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | client distribution. | | | |
| 06/24/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 06/25/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 06/25/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 06/25/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 06/26/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same for review | 0.10 | 305.00 | $30.50 |
| 06/30/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 06/30/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| | | | | 5.80 | | $1,871.50 |

### Claims Admin/Objections[B310]

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2015 | JHR | CO | Review Committee's claims identified for follow-up | 0.60 | 525.00 | $315.00 |
| 06/01/2015 | JHR | CO | Correspondence with M. Foster re: third omnibus claim objection | 0.20 | 525.00 | $105.00 |
| 06/02/2015 | JEO | CO | Review Motion to Disallow Claims. | 0.40 | 750.00 | $300.00 |
| 06/02/2015 | JHR | CO | Review final draft of third omnibus claim objection | 0.20 | 525.00 | $105.00 |
| 06/03/2015 | JEO | CO | Review motion to disallow claims. | 0.30 | 750.00 | $225.00 |
| 06/09/2015 | JHR | CO | Correspondence with Westair and Pilot Freight re: withdrawal of claims | 0.60 | 525.00 | $315.00 |
| 06/12/2015 | JHR | CO | Review revised claims register | 0.40 | 525.00 | $210.00 |
| 06/15/2015 | JNP | CO | Emails regarding Northwestern claim. | 0.10 | 895.00 | $89.50 |
| 06/15/2015 | JHR | CO | Analyze claims register and related correspondence with Rust Omni | 1.90 | 525.00 | $997.50 |
| 06/16/2015 | JHR | CO | Call with G. Hirsch re: claim objections | 0.40 | 525.00 | $210.00 |
| 06/22/2015 | JEO | CO | Email to Committee counsel regarding extension with time on claim objection. | 0.20 | 750.00 | $150.00 |
| 06/24/2015 | JEO | CO | Review claim objection. | 0.60 | 750.00 | $450.00 |
| 06/24/2015 | JHR | CO | Review Northwestern University claims and issues | 0.40 | 525.00 | $210.00 |
| 06/24/2015 | JHR | CO | Analyze claims register per G. Hirsch | 1.30 | 525.00 | $682.50 |
| 06/24/2015 | JHR | CO | Analyze claims register per G. Hirsch | 1.10 | 525.00 | $577.50 |
| 06/29/2015 | JHR | CO | Review Danari Broadway response to third omnibus claim objection | 0.50 | 525.00 | $262.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 7 | |
| Ultura Inc. | | | | | Invoice 110423 | |
| 87714   00002 | | | | | June 30, 2015 | |

| Date | Prof | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/29/2015 | JHR | CO | Call with J. O'Neill and E. Mayers re: third omnibus claim objection | 0.30 | 525.00 | $157.50 |
| | | | | 9.50 | | $5,362.00 |

**Compensation Prof. [B160]**

| Date | Prof | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/05/2015 | MLM | CP | Draft and coordinate filing of certificate of no objection re: PSZJ's March 2015 fee application; prepare and coordinate service of same | 0.40 | 305.00 | $122.00 |
| 06/09/2015 | JHR | CP | Correspondence with accounting re: payment of PSZJ March 2015 fees | 0.20 | 525.00 | $105.00 |
| 06/15/2015 | PJJ | CP | Revise May fee statement. | 0.30 | 305.00 | $91.50 |
| 06/15/2015 | SSC | CP | Review and revise PSZJ seventh monthly fee application. | 0.50 | 750.00 | $375.00 |
| 06/15/2015 | SSC | CP | Telephone conference with P. Jeffries re fee application status. | 0.10 | 750.00 | $75.00 |
| 06/17/2015 | JEO | CP | Emails with UST regarding fee payments. | 0.30 | 750.00 | $225.00 |
| 06/19/2015 | MLM | CP | Draft and coordinate filing of certificate of no objection re: PSZJ's April 2015 fee application; prepare and coordinate service of same | 0.40 | 305.00 | $122.00 |
| 06/21/2015 | JHR | CP | Revise PSZJ professional fee chart per CNO | 0.10 | 525.00 | $52.50 |
| 06/22/2015 | PJJ | CP | Prepare May fee statement for filing. | 0.20 | 305.00 | $61.00 |
| 06/22/2015 | SSC | CP | Coordinate review and filing of PSZJ monthly fee application. | 0.10 | 750.00 | $75.00 |
| 06/22/2015 | MLM | CP | Circulate certificate of no objection regarding PSZJ's April 2015 fee application to J. Pomerantz and J. Rosell | 0.10 | 305.00 | $30.50 |
| 06/22/2015 | JNP | CP | Review monthly fee statement. | 0.20 | 895.00 | $179.00 |
| 06/23/2015 | JEO | CP | Review PSZJ May 2015 fee app. | 0.20 | 750.00 | $150.00 |
| 06/23/2015 | MLM | CP | Finalize and coordinate filing of PSZJ's May 2015 fee application; prepare and coordinate service of same | 0.50 | 305.00 | $152.50 |
| 06/24/2015 | JHR | CP | Revise PSZJ professional fee escrow spreadsheet | 0.10 | 525.00 | $52.50 |
| | | | | 3.70 | | $1,868.50 |

**Comp. of Prof./Others**

| Date | Prof | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/18/2015 | JHR | CPO | Review Rust Omni May invoice | 0.10 | 525.00 | $52.50 |
| 06/18/2015 | JHR | CPO | Review professional fee escrow account balances | 0.20 | 525.00 | $105.00 |
| | | | | 0.30 | | $157.50 |

Pachulski Stang Ziehl & Jones LLP
Ultura Inc.
87714    00002

Page:    8
Invoice 110423
June 30, 2015

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Financial Filings [B110]** | | | | | | | |
| 06/01/2015 | JEO | FF | | Emails with Matt Foster regarding follow-up items for UST. | 0.40 | 750.00 | $300.00 |
| 06/01/2015 | JEO | FF | | Emails to UST regarding responses to follow-up questions. | 0.40 | 750.00 | $300.00 |
| 06/03/2015 | JHR | FF | | Draft letters to utilities re: status of utility deposits | 0.40 | 525.00 | $210.00 |
| 06/23/2015 | JEO | FF | | Review and file operating reports. | 0.40 | 750.00 | $300.00 |
| 06/23/2015 | MLM | FF | | Finalize and coordinate filing and service of May 2015 monthly operating report for Ultura (LA) | 0.40 | 305.00 | $122.00 |
| 06/23/2015 | MLM | FF | | Finalize and coordinate filing and service of May 2015 monthly operating report for Ultura (Oceanside) | 0.40 | 305.00 | $122.00 |
| 06/24/2015 | JHR | FF | | Review May monthly operating reports | 0.20 | 525.00 | $105.00 |
| | | | | | **2.60** | | **$1,459.00** |
| **Hearing** | | | | | | | |
| 06/03/2015 | MLM | HE | | Prepare and execute service of omnibus hearing order; prepare and coordinate filing of affidavit of service re: same | 0.30 | 305.00 | $91.50 |
| 06/24/2015 | MLM | HE | | Draft 7/6 hearing agenda; circulate same and coordinate binder production | 0.40 | 305.00 | $122.00 |
| 06/30/2015 | MLM | HE | | Edit 7/6 hearing agenda; circulate same and coordinate binder updates | 0.20 | 305.00 | $61.00 |
| | | | | | **0.90** | | **$274.50** |
| **Operations [B210]** | | | | | | | |
| 06/22/2015 | JHR | OP | | Review correspondence to Board | 0.10 | 525.00 | $52.50 |
| | | | | | **0.10** | | **$52.50** |
| **Plan & Disclosure Stmt. [B320]** | | | | | | | |
| 06/15/2015 | JHR | PD | | Correspondence with Committee re: exclusivity period | 0.10 | 525.00 | $52.50 |
| 06/16/2015 | MLM | PD | | Correspondence with J. O'Neill regarding exclusivity deadline | 0.10 | 305.00 | $30.50 |
| | | | | | **0.20** | | **$83.00** |
| **Ret. of Prof./Other** | | | | | | | |
| 06/22/2015 | JHR | RPO | | Review OCP order and prepare OCP disclosure affidavit for Windes | 0.40 | 525.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:     9
Ultura Inc.                                                                Invoice 110423
87714    00002                                                             June 30, 2015

|            |     |     |                                                                                  | Hours | Rate   | Amount    |
|------------|-----|-----|----------------------------------------------------------------------------------|-------|--------|-----------|
| 06/30/2015 | MLM | RPO | Prepare OCP service list; coordinate filing and service of OCP affidavit of Windes, Inc. | 0.40  | 305.00 | $122.00   |
|            |     |     |                                                                                  | 0.80  |        | $332.00   |

**TOTAL SERVICES FOR THIS MATTER:**                                                                  $11,723.00

Pachulski Stang Ziehl & Jones LLP
Ultura Inc.
87714    00002

Page:    10
Invoice 110423
June 30, 2015

## **Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/14/2015 | DC | Delivery/ Courier Service [E107] Digital Legal Services | 97.50 |
| 05/26/2015 | CC | Conference Call [E105] AT&T Conference Call, JAR | 3.84 |
| 06/01/2015 | DC | 87714.00002 Digital Legal Charges for 06-01-15 | 8.46 |
| 06/01/2015 | DC | 87714.00002 Digital Legal Charges for 06-01-15 | 58.50 |
| 06/01/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 06/01/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 11 |
| Ultura Inc. | | | Invoice 110423 |
| 87714   00002 | | | June 30, 2015 |

| | | | |
|---|---|---|---|
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 3 @1.00 PER PG) | 3.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/02/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 06/03/2015 | RE | ( 25 @0.10 PER PG) | 2.50 |
| 06/03/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 06/03/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/03/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/03/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 06/03/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 06/04/2015 | DC | 87714.00002 Digital Legal Charges for 06-04-15 | 8.46 |
| 06/04/2015 | DC | 87714.00002 Digital Legal Charges for 06-04-15 | 58.50 |
| 06/04/2015 | PO | Postage [E108] SF Mail Log | 1.92 |
| 06/05/2015 | PO | 87714.00002 :Postage Charges for 06-05-15 | 2.30 |
| 06/05/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 12 |
| Ultura Inc. | | | Invoice 110423 |
| 87714    00002 | | | June 30, 2015 |

| Date | Code | Description | Amount |
|---|---|---|---:|
| 06/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/05/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 06/05/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 06/05/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 06/05/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 06/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/08/2015 | DC | 87714.00002 Digital Legal Charges for 06-08-15 | 8.46 |
| 06/08/2015 | DC | 87714.00002 Digital Legal Charges for 06-08-15 | 25.00 |
| 06/11/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/12/2015 | PO | 87714.00002 :Postage Charges for 06-12-15 | 2.60 |
| 06/12/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/12/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 06/15/2015 | FE | 87714.00002 FedEx Charges for 06-15-15 | 67.26 |
| 06/15/2015 | PO | 87714.00002 :Postage Charges for 06-15-15 | 6.70 |
| 06/15/2015 | RE | ( 38 @0.10 PER PG) | 3.80 |
| 06/15/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/15/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/15/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 13 |
| Ultura Inc. | | | Invoice 110423 |
| 87714    00002 | | | June 30, 2015 |

| | | | |
|---|---|---|---:|
| 06/17/2015 | RE | ( 37 @0.10 PER PG) | 3.70 |
| 06/17/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2015 | PO | 87714.00002 :Postage Charges for 06-18-15 | 2.40 |
| 06/19/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 06/19/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/19/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 06/22/2015 | DC | 87714.00002 Digital Legal Charges for 06-22-15 | 8.46 |
| 06/22/2015 | DC | 87714.00002 Digital Legal Charges for 06-22-15 | 25.00 |
| 06/22/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 06/22/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/22/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/23/2015 | PO | 87714.00002 :Postage Charges for 06-23-15 | 4.60 |
| 06/23/2015 | PO | 87714.00002 :Postage Charges for 06-23-15 | 3.70 |
| 06/23/2015 | RE | ( 140 @0.10 PER PG) | 14.00 |
| 06/23/2015 | RE | ( 38 @0.10 PER PG) | 3.80 |
| 06/23/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2015 | RE | ( 120 @0.10 PER PG) | 12.00 |
| 06/23/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/23/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 14 |
| Ultura Inc. | | | Invoice 110423 |
| 87714    00002 | | | June 30, 2015 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/23/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/23/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2015 | RE | ( 56 @0.10 PER PG) | 5.60 |
| 06/23/2015 | RE | ( 31 @0.10 PER PG) | 3.10 |
| 06/23/2015 | RE | ( 74 @0.10 PER PG) | 7.40 |
| 06/24/2015 | DC | 87714.00002 Digital Legal Charges for 06-24-15 | 9.38 |
| 06/24/2015 | DC | 87714.00002 Digital Legal Charges for 06-24-15 | 32.50 |
| 06/25/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/25/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/29/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 06/29/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 06/29/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 06/29/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 06/29/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 06/29/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/29/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 06/29/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 06/29/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/29/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 06/30/2015 | PAC | Pacer - Court Research | 15.40 |
| 06/30/2015 | PO | 87714.00002 :Postage Charges for 06-30-15 | 1.20 |

| Pachulski Stang Ziehl & Jones LLP | | | Page: 15 |
| Ultura Inc. | | | Invoice 110423 |
| 87714    00002 | | | June 30, 2015 |

| | | | |
|---|---|---|---|
| 06/30/2015 | PO | 87714.00002 :Postage Charges for 06-30-15 | 1.20 |
| 06/30/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 06/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/30/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 06/30/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| **Total Expenses for this Matter** | | | **$635.64** |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 16 |
| Ultura Inc. | Invoice 110423 |
| 87714   00002 | June 30, 2015 |

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 06/30/2015

| | |
|---|---|
| Total Fees | $11,723.00 |
| Chargeable costs and disbursements | $635.64 |
| Total Due on Current Invoice...................... | $12,358.64 |

Outstanding Balance from prior Invoices as of 06/30/2015    (May not reflect recent payments)

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 108105 | 11/30/2014 | $603,014.25 | $26,547.18 | $120,602.85 |
| 108400 | 12/31/2014 | $127,620.50 | $8,480.52 | $25,524.10 |
| 108917 | 01/31/2015 | $35,803.00 | $7,284.19 | $7,160.60 |
| 109186 | 02/28/2015 | $17,003.00 | $837.52 | $3,400.60 |
| 109435 | 03/31/2015 | $35,802.00 | $2,388.34 | $7,160.40 |
| 109713 | 04/30/2015 | $14,530.00 | $939.92 | $2,906.00 |
| 109996 | 05/31/2015 | $21,001.50 | $1,127.72 | $22,129.22 |

**Total Amount Due on Current and Prior Invoices**                                   $201,242.41