**Exhibit A**

## Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Grant Lyon
President
Ultura, Inc.
Ultura Oceanside, Inc.

| | |
|---|---|
| August 31, 2015 | |
| Invoice | 110843 |
| Client | 87714 |
| Matter | 00002 |
| | **JNP** |

RE:  Debtors Post-Petition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   08/31/2015

| | |
|---|---|
| FEES | $8,696.00 |
| EXPENSES | $385.15 |
| **TOTAL CURRENT CHARGES** | **$9,081.15** |
| **BALANCE FORWARD** | **$185,172.67** |
| **TOTAL BALANCE DUE** | **$194,253.82** |

Pachulski Stang Ziehl & Jones LLP
Ultura Inc.
87714     00002

Page:     2
Invoice 110843
August 31, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 2.80 | $2,170.00 |
| CA | Case Administration [B110] | 4.60 | $1,387.00 |
| CO | Claims Admin/Objections[B310] | 6.00 | $3,479.50 |
| CP | Compensation Prof. [B160] | 2.10 | $788.50 |
| CPO | Comp. of Prof./Others | 0.10 | $52.50 |
| FF | Financial Filings [B110] | 1.00 | $394.00 |
| HE | Hearing | 1.10 | $424.50 |
| | | 17.70 | $8,696.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | Case Man. Asst. | 225.00 | 1.00 | $225.00 |
| DJB | Barton, David J. | Partner | 875.00 | 2.00 | $1,750.00 |
| JEO | O'Neill, James E. | Partner | 750.00 | 1.90 | $1,425.00 |
| JHR | Rosell, Jason H. | Associate | 525.00 | 5.90 | $3,097.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 0.20 | $179.00 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 0.30 | $67.50 |
| MLM | McGee, Margaret L. | Paralegal | 305.00 | 5.00 | $1,525.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 1.40 | $427.00 |
| | | | | 17.70 | $8,696.00 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Delivery/Courier Service | $87.35 |
| Fax Transmittal [E104] | $187.00 |
| Reproduction Expense [E101] | $93.40 |

Pachulski Stang Ziehl & Jones LLP

Ultura Inc.

87714    00002

Page:    3

Invoice 110843

August 31, 2015

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Reproduction/ Scan Copy | $17.40 |
| | $385.15 |

Pachulski Stang Ziehl & Jones LLP

Ultura Inc.

87714    00002

Page:    4

Invoice 110843

August 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 08/14/2015 | JHR | BL | Review draft confidentiality order re: Danari Broadway litigation | 0.80 | 525.00 | $420.00 |
| 08/15/2015 | DJB | BL | Review confidentiality agreement; Provide comments. | 2.00 | 875.00 | $1,750.00 |
| | | | | **2.80** | | **$2,170.00** |
| **Case Administration [B110]** | | | | | | |
| 07/27/2015 | KSN | CA | Prepare hearing binders for 7/30/15 hearing. | 0.30 | 225.00 | $67.50 |
| 08/03/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same for review | 0.10 | 305.00 | $30.50 |
| 08/04/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 08/04/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 08/07/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 08/07/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 08/09/2015 | JHR | CA | Review new docket entries | 0.20 | 525.00 | $105.00 |
| 08/10/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 305.00 | $61.00 |
| 08/10/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 08/11/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 08/11/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 08/12/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same for review | 0.50 | 305.00 | $152.50 |
| 08/13/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 305.00 | $91.50 |
| 08/13/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 08/14/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 305.00 | $61.00 |
| 08/14/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 08/14/2015 | BMK | CA | Prepared daily memo narrative and coordinated | 0.10 | 225.00 | $22.50 |

Pachulski Stang Ziehl & Jones LLP  
Ultura Inc.  
87714    00002

Page:    5  
Invoice 110843  
August 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | client distribution. | | | |
| 08/14/2015 | JHR | CA | Review new docket entries | 0.20 | 525.00 | $105.00 |
| 08/17/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 305.00 | $61.00 |
| 08/18/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 08/19/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 305.00 | $61.00 |
| 08/19/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same for review | 0.10 | 305.00 | $30.50 |
| 08/19/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 08/21/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 08/21/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 08/24/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 08/24/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 08/25/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 08/27/2015 | MLM | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 305.00 | $30.50 |
| 08/27/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 08/28/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 305.00 | $30.50 |
| 08/28/2015 | MLM | CA | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same for review | 0.10 | 305.00 | $30.50 |
| | | | | 4.60 | | $1,387.00 |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/03/2015 | JHR | CO | Analyze revised claims register | 0.40 | 525.00 | $210.00 |
| 08/03/2015 | JHR | CO | Review Committee's draft claim objections and notice of satisfaction | 0.70 | 525.00 | $367.50 |
| 08/03/2015 | JHR | CO | Call with V. Hamilton re: claim objections | 0.50 | 525.00 | $262.50 |
| 08/03/2015 | JHR | CO | Review Ortwin documentation provided by R. Curran | 0.30 | 525.00 | $157.50 |
| 08/05/2015 | JEO | CO | Review email regarding claims/objection. | 0.40 | 750.00 | $300.00 |

Pachulski Stang Ziehl & Jones LLP
Ultura Inc.
87714    00002

Page:      6
Invoice 110843
August 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/05/2015 | JHR | CO | Review final drafts of fourth, fifth, and sixth omnibus claim objections | 0.50 | 525.00 | $262.50 |
| 08/06/2015 | JEO | CO | Telephone call with Val Hamilton regarding claim issues. | 0.30 | 750.00 | $225.00 |
| 08/06/2015 | JHR | CO | Conference call with G. Hirsch and M. Foster re: Danari Broadway claim | 0.60 | 525.00 | $315.00 |
| 08/06/2015 | JHR | CO | Call with G. Hirsch re: Danari Broadway claim | 0.20 | 525.00 | $105.00 |
| 08/06/2015 | JHR | CO | Prepare for call with G. Hirsch and M. Foster re: Danari Broadway claim | 0.30 | 525.00 | $157.50 |
| 08/07/2015 | JEO | CO | Review claim objections. | 0.60 | 750.00 | $450.00 |
| 08/10/2015 | JHR | CO | Revise document requests to Danari Broadway | 0.90 | 525.00 | $472.50 |
| 08/10/2015 | JHR | CO | Review revised document requests to Danari Broadway | 0.20 | 525.00 | $105.00 |
| 08/11/2015 | JNP | CO | Review and respond to emails regarding discovery and landlord claim. | 0.10 | 895.00 | $89.50 |
| | | | | **6.00** | | **$3,479.50** |

### Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/14/2015 | PJJ | CP | Draft July fee statement. | 0.90 | 305.00 | $274.50 |
| 08/19/2015 | MLM | CP | Draft and coordinate filing of certificate of no objection re: PSZJ's June 2015 fee application; prepare and coordinate service of same | 0.40 | 305.00 | $122.00 |
| 08/31/2015 | JNP | CP | Review fee application. | 0.10 | 895.00 | $89.50 |
| 08/31/2015 | PJJ | CP | Finalize July fee statement. | 0.50 | 305.00 | $152.50 |
| 08/31/2015 | JEO | CP | Review PSZJ July 2015 fee app. | 0.20 | 750.00 | $150.00 |
| | | | | **2.10** | | **$788.50** |

### Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/21/2015 | JHR | CPO | Review Rust Omni July 2015 invoice | 0.10 | 525.00 | $52.50 |
| | | | | **0.10** | | **$52.50** |

### Financial Filings [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/12/2015 | JEO | FF | Review status of operating reports. | 0.20 | 750.00 | $150.00 |
| 08/13/2015 | MLM | FF | Finalize and coordinate filing and service of monthly operating report for June 2015 for Ultura (Oceanside) | 0.40 | 305.00 | $122.00 |
| 08/13/2015 | MLM | FF | Finalize and coordinate filing and service of monthly operating report for June 2015 for Ultura (LA) | 0.40 | 305.00 | $122.00 |
| | | | | **1.00** | | **$394.00** |

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
Ultura Inc.                                                          Invoice 110843
87714     00002                                                      August 31, 2015

_____

**Hearing**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/07/2015 | MLM | HE | Circulate 7/30 hearing transcript | 0.10 | 305.00 | $30.50 |
| 08/12/2015 | JEO | HE | Follow-up email to court on hearing date. | 0.20 | 750.00 | $150.00 |
| 08/12/2015 | MLM | HE | Correspondence with E. Ayers re: claims binder submission for 9/9 hearing | 0.10 | 305.00 | $30.50 |
| 08/25/2015 | MLM | HE | Draft 9/9 hearing agenda; circulate same and coordinate binder production | 0.60 | 305.00 | $183.00 |
| 08/28/2015 | MLM | HE | Edit 8/8 hearing agenda | 0.10 | 305.00 | $30.50 |
| | | | | 1.10 | | $424.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                      **$8,696.00**

Pachulski Stang Ziehl & Jones LLP
Ultura Inc.
87714    00002

Page:    8
Invoice 110843
August 31, 2015

## **Expenses**

| | | | |
|---|---|---|---:|
| 08/03/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 08/03/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 08/03/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 08/03/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |

Pachulski Stang Ziehl & Jones LLP
Ultura Inc.
87714    00002

Page:      9
Invoice 110843
August 31, 2015

| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 6 @1.00 PER PG) | 6.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | FX | ( 5 @1.00 PER PG) | 5.00 |
| 08/04/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 08/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                          Page:    10
Ultura Inc.                                                Invoice 110843
87714     00002                                            August 31, 2015

| Date | | Description | Amount |
|------|------|-------------|--------|
| 08/07/2015 | RE | ( 45 @0.10 PER PG) | 4.50 |
| 08/07/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/07/2015 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 08/10/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/10/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 08/10/2015 | RE | ( 55 @0.10 PER PG) | 5.50 |
| 08/10/2015 | RE | ( 53 @0.10 PER PG) | 5.30 |
| 08/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/13/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 08/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/13/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 08/13/2015 | RE | ( 58 @0.10 PER PG) | 5.80 |
| 08/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/13/2015 | RE | ( 125 @0.10 PER PG) | 12.50 |
| 08/13/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 08/13/2015 | RE | ( 31 @0.10 PER PG) | 3.10 |
| 08/13/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 08/13/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 08/14/2015 | DC | 87714.00002 Digital Legal Charges for 08-14-15 | 9.38 |
| 08/14/2015 | DC | 87714.00002 Digital Legal Charges for 08-14-15 | 19.50 |

Pachulski Stang Ziehl & Jones LLP                                      Page:    11
Ultura Inc.                                                           Invoice 110843
87714    00002                                                       August 31, 2015

| 08/14/2015 | RE | ( 56 @0.10 PER PG) | 5.60 |
|---|---|---|---|
| 08/14/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 08/17/2015 | DC | 87714.00002 Digital Legal Charges for 08-17-15 | 6.19 |
| 08/17/2015 | DC | 87714.00002 Digital Legal Charges for 08-17-15 | 19.50 |
| 08/19/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 08/19/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/19/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/19/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 08/19/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 08/19/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 08/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/19/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/21/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/21/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/24/2015 | DC | 87714.00002 Digital Legal Charges for 08-24-15 | 7.78 |
| 08/24/2015 | DC | 87714.00002 Digital Legal Charges for 08-24-15 | 25.00 |
| 08/24/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 08/24/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/27/2015 | RE | ( 23 @0.10 PER PG) | 2.30 |
| 08/27/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 08/27/2015 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |

Pachulski Stang Ziehl & Jones LLP                           Page:    12
Ultura Inc.                                                 Invoice 110843
87714      00002                                            August 31, 2015

| | | | |
|---|---|---|---|
| 08/31/2015 | RE | ( 70 @0.10 PER PG) | 7.00 |
| 08/31/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/31/2015 | RE | ( 138 @0.10 PER PG) | 13.80 |
| 08/31/2015 | RE | ( 62 @0.10 PER PG) | 6.20 |
| 08/31/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/31/2015 | RE | ( 112 @0.10 PER PG) | 11.20 |

**Total Expenses for this Matter**                      **$385.15**

Pachulski Stang Ziehl & Jones LLP
Ultura Inc.
87714    00002

Page:    13
Invoice 110843
August 31, 2015

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 08/31/2015

| | |
|---|---|
| Total Fees | $8,696.00 |
| Chargeable costs and disbursements | $385.15 |
| Total Due on Current Invoice..................... | $9,081.15 |

Outstanding Balance from prior Invoices as of 08/31/2015    **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 108105 | 11/30/2014 | $603,014.25 | $26,547.18 | $120,602.85 |
| 108400 | 12/31/2014 | $127,620.50 | $8,480.52 | $25,524.10 |
| 108917 | 01/31/2015 | $35,803.00 | $7,284.19 | $7,160.60 |
| 109186 | 02/28/2015 | $17,003.00 | $837.52 | $3,400.60 |
| 109435 | 03/31/2015 | $35,802.00 | $2,388.34 | $7,160.40 |
| 109713 | 04/30/2015 | $14,530.00 | $939.92 | $2,906.00 |
| 109996 | 05/31/2015 | $21,001.50 | $1,127.72 | $4,200.30 |
| 110423 | 06/30/2015 | $11,723.00 | $635.64 | $2,344.60 |
| 110631 | 07/31/2015 | $11,364.50 | $508.72 | $11,873.22 |

**Total Amount Due on Current and Prior Invoices**                    $194,253.82