IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTURA (LA) INC., et al.,[1] | ) | Case No. 14-12382 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 5th day of October, 2015, I caused a copy of the documents listed below to be served on the individuals on the attached service list in the manner indicated:

**Notice of Filing of Fee Application;**

**Tenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from August 1, 2015 through August 31, 2015; Exhibit A.**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ultura (LA) Inc. (9624) and UOI Estate (6429). The mailing address for each of the Debtors is: 3605 Long Beach Blvd., Suite 201, Long Beach, CA 90807.

DOCS_DE:196981.10 87714/002

**Ultura – Fee Application Service List**
Case No. 14-12382 (KG)
Document No. 196982
2 - Hand Delivery
2 - First Class Mail


*HAND DELIVERY*
(United States Trustee)
David L. Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel to the Official Committee of
Unsecured Creditors)
Jeremy W. Ryan, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

*FIRST CLASS MAIL*
(Counsel to the Official Committee of
Unsecured Creditors)
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ  07102

*FIRST CLASS MAIL*
(The Debtors)
Ultura (LA) Inc., et al.
Attn: Grant Lyon
3605 Long Beach Blvd., Suite 201
Long Beach, CA  90807